PATRIC HOOPER (State Bar No. 57343)
JORDAN KEVILLE (State Bar No. 217868)
ABIGAIL WONG (State Bar No. 245652)
HOOPER, LUNDY & BOOKMAN, INC.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:   phooper@health-law.com

Attorneys for Plaintiffs SHARP
HEALTHCARE, INTERNIST
LABORATORY and SCRIPPS HEALTH

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0170 W POR

| | |
|---|---|
| SHARP HEALTHCARE; INTERNIST LABORATORY AND SCRIPPS HEALTH,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | CASE NO.<br><br>NOTICE OF PARTIES WITH FINANCIAL INTEREST<br><br>[Fed. R. Civ. Proc. 7.1; U.S.D.C. Local R. 40.2] |

Pursuant to Federal Rule of Civil Procedure 7.1 and Southern District Local Rule 40.2, plaintiffs SHARP HEALTHCARE and SCRIPPS HEALTH, both California non-profit public benefit corporations, and plaintiff INTERNIST LABORATORY, a California corporation, (collectively, "Plaintiffs") hereby state as follows:

///

///

///

1042423.1

1      There is no parent corporation or other publicly held corporation that owns
2  10% or more of the stock of any of the Plaintiffs.

3

4  DATED: January 24, 2008      HOOPER, LUNDY & BOOKMAN, INC.

5

6      By: _____
7            PATRIC HOOPER
    Attorneys for Plaintiffs SHARP
    HEALTHCARE, INTERNIST
8      LABORATORY and SCRIPPS HEALTH

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1042423.1

2