# UNITED STATES DISTRICT COURT

### Southern District of California

FILED
08 JAN 29 AM 11:07
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

SHARP HEALTHCARE, INTERNIST LABORATORY AND SCRIPPS HEALTH

V.

MICHAEL LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CV 0170 W POR

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patric Hooper (SBN 57343)
Jordan B. Keville (SBN 271868)
HOOPER, LUNDY & BOOKMAN, INC.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067

Tel: (310) 551-8111
Fax: (310) 551-8181
phooper@health-law.com

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

JAN 29 2008

CLERK

(By) DEPUTY CLERK    J. PARIS

DATE

American LegalNet, Inc.
www.FormsWorkflow.com