KAREN P. HEWITT
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
California State Bar No. 160515
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7147
Facsimile:  (619) 557-5004
Email: Christopher.Latham@usdoj.gov

Attorneys for Defendant,
Michael Leavitt, Secretary of the
Department of Health and Human Services

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP HEALTHCARE; INTERNIST LABORATORY AND SCRIPPS HEALTH,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 08cv0170-W (POR)<br><br>NOTICE OF APPEARANCE<br><br><br><br>CTRM:   7<br>JUDGE:  Hon. Thomas J. Whelan |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for Defendant in the above-captioned case. I certify that I am admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, and should receive all Notices of Electronic Filings relating to activity in this case:

Thomas C. Stahl - Email: Thomas.Stahl@usdoj.gov

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u>
2 | receive any further Notices of Electronic Filings relating to activity in this case:
3 | _____None
4 | Please feel free to call me should you have any questions about this notice.

7 | DATED: January 30, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Christopher B. Latham
_____
CHRISTOPHER B. LATHAM
Assistant United States Attorney
Attorneys for Defendant,
Michael Leavitt, Secretary of the
Department of Health and Human Services
Email: Christopher.Latham@usdoj.gov