PATRIC HOOPER (State Bar No. 57343)
JORDAN B. KEVILLE (State Bar No. 217868)
ABIGAIL WONG (State Bar No. 245652)
**HOOPER, LUNDY & BOOKMAN, INC.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-mail: phooper@health-law.com

Attorneys for Plaintiffs SHARP HEALTHCARE, INTERNIST LABORATORY and SCRIPPS HEALTH

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP HEALTHCARE; INTERNIST LABORATORY and SCRIPPS HEALTH,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | CASE NO. 08-CV-0170 WPor<br><br>**APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION**<br><br>[Filed concurrently with Memorandum Of Points and Authorities and Declarations In Support of Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction; Declarations in Support thereof; [Proposed] Orders Thereon]<br><br>Date:   TBD<br>Time:   TBD<br>Courtroom of the Hon. Thomas J. Whelan |

Plaintiffs Sharp HealthCare, Internist Laboratory and Scripps Health (collectively "Plaintiffs"), make application, pursuant to Federal Rule of Civil Procedure 65(b), for a temporary restraining order enjoining defendant, Michael Leavitt, Secretary of the United States Department of Health and Human Services, and his agents, employees, and all persons acting in concert with him, from violating substantive and procedural requirements of federal law by implementing a Medicare

clinical laboratory competitive bidding "demonstration project" in the San Diego-Carlsbad-San Marcos area, including requiring that bids be submitted, pending a hearing on an order to show cause. Defendant is currently requiring clinical laboratories in the San Diego-Carlsbad-San Marcos to submit bids in connection with the demonstration project by February 15, 2008.

Plaintiffs further make application for an order to show cause to issue from this Court setting a time and place for a hearing to be held, and for a determination to be made as to why the defendant, his agents, employees, and others acting in concert with them, should not be enjoined and restrained from violating federal law by implementing a Medicare clinical laboratory competitive bidding "demonstration project," pending a hearing on an order to show cause.

The grounds for this application are that Defendant's actions violate numerous provisions of federal law, including the Administrative Procedure Act, the United States Constitution and the statute that creates the demonstration project, as explained in the accompanying pleadings and the supporting Memorandum of Points and Authorities, and unless Defendant, his agents, employees, and others acting in concert with him, are immediately restrained, all of the Plaintiffs, as well as third parties, will suffer irreparable and immediate injury, loss and damage.

DATED: February 4, 2008         HOOPER, LUNDY & BOOKMAN, INC.


By: s/Patric Hooper
        PATRIC HOOPER
Attorneys for Plaintiffs SHARP
HEALTHCARE, INTERNIST
LABORATORY and SCRIPPS HEATLH

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1875 Century Park East, Suite 1600, Los Angeles, California 90067-2517.

On February 4, 2008, I served the following document(s) described as **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Christopher B. Latham             *Attorneys for Defendant*
Assistant United Sattes Attorney
Christopher.Latham@usdoj.gov

Thomas C. Stahl                   *Attorneys for Defendant*
Assistant Untied States Attorney
Thomas.Stahl@usdoj.gov

**ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from phooper@health-law.com on February 4, 2008, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 4, 2008, at Los Angeles, California.

s/Patric Hooper
Patric Hooper

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1042738.1

08-CV-0170 WPor
APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION