PATRIC HOOPER (State Bar No. 57343)
JORDAN B. KEVILLE (State Bar No. 217868)
ABIGAIL WONG (State Bar No. 245652)
**HOOPER, LUNDY & BOOKMAN, INC.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
phooper@health-law.com

Attorneys for Plaintiffs SHARP HEALTHCARE, INTERNIST LABORATORY and SCRIPPS HEALTH

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP HEALTHCARE; INTERNIST LABORATORY and SCRIPPS HEALTH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　　　Defendant. | CASE NO. 08-CV-0170 W POR<br><br>**DECLARATION OF JORDAN B. KEVILLE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER/ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>[Filed concurrently with Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction; Memorandum Of Points and Authorities and Declarations In Support of; [Proposed] Orders Thereon]<br><br>Date:　TBD<br>Time:　TBD<br>Courtroom of the Hon. Thomas J. Whelan |

1042840.1

08-CV-0170 W POR
DECLARATION OF JORDAN B. KEVILLE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER/ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

# DECLARATION OF JORDAN B. KEVILLE

I, JORDAN B. KEVILLE, declare as follows:

1. I am an attorney duly admitted to practice before this court. I make this declaration in support of PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER/ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION. I am an attorney with the law firm of Hooper, Lundy & Bookman, Inc., counsel of record for PLAINTIFFS herein. The facts stated herein are personally known to me and if called as a witness I could and would competently testify thereto.

2. On February 4, 2008, I caused to be served on counsel of record for the Defendant in the above-captioned action, the Secretary of the United States Department of Health and Human Services, true and correct copies of the Plaintiff's Application for Temporary Restraining Order/Order to Show Cause Regarding Preliminary Injunction, Memorandum of Points and Authorities in Support thereof; all declarations in support thereof and proposed orders thereon by transmitting electronic copies of the documents to First Legal Attorney Service in San Diego for personal delivery.

3. It is my understanding that electronic versions of the documents referenced above also will be automatically served on Defendant's counsel electronically by virtue of the United District Court for the Southern District of California's electronic case filing system after the documents have been filed electronically.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 4, 2008, at Los Angeles, California.

_____
JORDAN B. KEVILLE

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1875 Century Park East, Suite 1600, Los Angeles, California 90067-2517.

    On February 4, 2008, I served the following document(s) described as **DECLARATION OF JORDAN B. KEVILLE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER/ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Christopher B. Latham                 *Attorneys for Defendant*
Assistant United Sattes Attorney
Christopher.Latham@usdoj.gov

Thomas C. Stahl                     *Attorneys for Defendant*
Assistant Untied States Attorney
Thomas.Stahl@usdoj.gov

  **ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from phooper@health-law.com on February 4, 2008, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on February 4, 2008, at Los Angeles, California.


                                           ___s/Patric Hooper_____
                                           Patric Hooper

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1042840.1