1 | PATRIC HOOPER (State Bar No. 57343)
JORDAN B. KEVILLE (State Bar No. 217868)
2 | ABIGAIL WONG (State Bar No. 245652)
**HOOPER, LUNDY & BOOKMAN, INC.**
3 | 1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
4 | Telephone: (310) 551-8111
Facsimile: (310) 551-8181
5 |
Attorneys for Plaintiffs SHARP
6 | HEALTHCARE, INTERNIST
LABORATORY and SCRIPPS HEATLH
7 |

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 |

| | |
|---|---|
| SHARP HEALTHCARE; INTERNIST LABORATORY and SCRIPPS HEALTH, | CASE NO. 08-CV-0170 WPor |
| Plaintiff, | **DECLARATION OF C.W. IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER/ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |
| vs. | |
| MICHAEL LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, | [filed concurrently with Application for Temporary Restraining Order; Memorandum of Points and Authorities in Support thereof; Declarations in Support thereof; [Proposed] Order thereon] |
| Defendant. | |
| | Date:   TBD |
| | Time:   TBD |
| | Dept.:  Hon. Thomas Whelan |

1042569.1

08-CV-0170WPor

## DECLARATION OF C.W.

I, C.W., declare as follows:

1. I make this declaration in support of PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER/ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. I am a resident of Oceanside, California and am 74 years old. I currently have health insurance coverage through the Medicare program and, as a veteran, through the Veterans Administration.

3. I suffered from a heart attack in 1997 and have been dealing with various cardiac health issues since. I have to take medication to control my cardiac symptoms. I also am a borderline diabetic. As a result of my health conditions, and the medications I am on to control those conditions, I need to have blood tests on a fairly routine basis. My physicians order laboratory tests for me probably between four and five times per year.

4. For the last two years I have ~~been having~~ been going to Internist Laboratory ("Internist") in Oceanside for all of the laboratory services I need, including having my blood drawn. My wife, who is also 74 years old, and who has numerous health conditions, also goes to Internist for all of her laboratory testing. Internist is a family owned business and provides friendly, personal service. The offices are clean and pleasant and the office staff does everything they can to make sure that blood draws involve as little discomfort as possible.

5. Internist is always able to see me whenever I need testing done and they get the results of the testing back to my doctors very promptly. Also, it is extremely convenient for me to use Internist because the laboratory is only a five minute car ride away from my home.

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1042569.1

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111  •  FAX: (310) 551-8181

1      6.    Late last year, I was informed by the owner of Internist that the

2 laboratory might be forced out of business. He explained that the Medicare program

3 was implementing a "demonstration project" in the San Diego area that will require

4 laboratories to compete against each other in order to continue to service Medicare

5 beneficiaries like me. I was both extremely surprised and upset by this news. I had

6 never heard anything about this Medicare demonstration project before being told

7 about it by Internist.

8      7.    I was so bothered by the prospect of Internist potentially being driven

9 out of business that in November 2007 I wrote to California Senators Diane

10 Feinstein and Barbara Boxer to enlist their help in stopping the Medicare

11 demonstration project. A true and correct copy of the letter I sent to Senator

12 Feinstein is attached hereto as Exhibit A. Just this month, on January 18, 2008, I

13 received a response to my letter from Senator Boxer stating that she agrees with me

14 and indicating that she is co-sponsoring a bill to repeal the Medicare statute creating

15 the demonstration project. A true and correct copy of the letter I received from

16 Senator Boxer is attached hereto as Exhibit B.

17      8.    I do not believe the demonstration project in San Diego is going to be

18 of any benefit to Medicare beneficiaries like me. Rather than encouraging

19 competition among laboratories, I think this project is going to allow larger

20 laboratories to dominate the market, while driving smaller laboratories like Internist

21 out of business. According to her letter, Senator Boxer feels the same way.

22      9.    On a more personal level, it will be very disruptive and upsetting for

23 me if Internist no longer can provide services to me. At this point, I do not know

24 where else I would go for laboratory services. The Medicare program has not

25 provided me with any notice, let alone guidance, regarding the demonstration

26 project and how it might impact me. Once the demonstration project is completed, I

27 will have to go through the exercise of trying to find out what laboratory near me is

28 still eligible to participate in Medicare. However, I am not at all sure about how I

1042569.1

2

08-CV-0170WPor

DECLARATION OF C.W. IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING
ORDER/ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

1  am going to do this.  It seems likely to me that my wife and I are going to, at the

2  least, have to travel much further than we currently do to get laboratory services.

3        10.    The fact is that neither my wife or I wants to find another laboratory

4  provider.  We have been going to Internist for the last two years for good reason.

5  We really like the service the laboratory provides and the convenience of having the

6  laboratory right in our neighborhood.  It is unfair that my wife and I should be

7  forced to have our health care disrupted for the sake of a demonstration project that I

8  do not believe will be an improvement on Medicare program's current system for

9  furnishing laboratory services and that Medicare beneficiaries like me were not

10  asked to give any input on.  The entire situation has caused my wife and I

11  unnecessary stress and frustration, which is only likely to increase as the

12  demonstration project moves along further.

13        I declare under penalty of perjury under the laws of the United States of

14  America that the foregoing is true and correct.

15        Executed on January 29, 2008, at Oceanside, California.

16

17                                        REDACTED SIGNATURE

18

19

20

21

22

23

24

25

26

27

28

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1042569.1

DECLARATION OF C.W. IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING
ORDER/ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

1

## <u>TABLE OF EXHIBITS</u>

2    Exhibit A – Letter from C.W. to Senator Dianne Feinstein ............................................................. 5

3    Exhibit B – Letter from Senator Barbara Boxer to C.W. ................................................................. 7

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1042846.1

4

DECLARATION OF C.W. IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING
ORDER/ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

# Exhibit A

5

DECLARATION OF C.W. IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING
ORDER/ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

REDACTED NAME AND ADDRESS

November 30, 2007

SENATOR DIANNE FEINSTEIN
331 Hart Senate Office Building
Washington , DC  20510

Dear Senator Feinstein:

    I need your Help!

    Medicare has chosen San Diego County to be its "Competitive Bidding test site." This means the large national labs could be the **only** two Medicare Providers in San Diego County. Community laboratories such as the one I use may be put out of business, thus creating a monopoly that actually discourages competition and decreases the quality of patient care. This will deny me my health care choices.

    Please support Senate bill S-2099,  Preserving Access to Laboratory Service Act.

                    Sincerely,

                    REDACTED NAME AND TELEPHONE NUMBER

DECLARATION OF C.W. IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING
ORDER/ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

# Exhibit B

DECLARATION OF C.W. IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING
ORDER/ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

BARBARA BOXER
CALIFORNIA

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

**United States Senate**

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510-0505
(202) 224-3553
http://boxer.senate.gov/contact

January 18, 2008

REDACTED NAME AND ADDRESS

Dear    REDACTED NAME

    Thank you for writing to me to express your support for S.2099, the Preserving Access to Laboratories Act of 2007. I appreciate hearing from you, and I agree with you.

    I am proud to be a co-sponsor of this bipartisan bill, which would repeal the Medicare competitive bidding demonstration project for clinical laboratory services. S.2099 would serve to preserve patient access to clinical laboratories by maintaining open competition among clinical laboratories that accept Medicare reimbursements.

    Under the Medicare Modernization Act, the Center for Medicaid and Medicare Services (CMS) is required to conduct a three-year competitive bidding demonstration project for clinical laboratory services. Once the demonstration sites are selected, all clinical laboratories serving Medicare beneficiaries in that immediate area would be required to submit the bids of the amount they would charge the program to provide laboratory services. The lowest bids meeting the requirements of the project would be selected and would serve all Medicare beneficiaries' clinical lab work in the area.

    Unfortunately, the CMS plan could have a negative impact on many laboratories and hospitals that would no longer be able to bill Medicare for their services. This could hinder competition and drive smaller labs out of business.

    By maintaining competition among labs, S.2099 would give patients continued access to much-needed clinical laboratory services. Be assured that I will work with my colleagues to pass this important bill.

| | | | | | |
|---|---|---|---|---|---|
| 1700 MONTGOMERY STREET<br>SUITE 240<br>SAN FRANCISCO, CA 94111<br>(415) 403-0100 | 312 NORTH SPRING STREET<br>SUITE 1748<br>LOS ANGELES, CA 90012<br>(213) 894-5000 | 501 'I' STREET<br>SUITE 7-600<br>SACRAMENTO, CA 95814<br>(916) 448-2787 | 2500 TULARE STREET<br>SUITE 5290<br>FRESNO, CA 93721<br>(559) 497-5109 | 600 'B' STREET<br>SUITE 2240<br>SAN DIEGO, CA 92101<br>(619) 239-3884 | 201 NORTH 'E' STREET<br>SUITE 210<br>SAN BERNARDINO, CA 92401<br>(909) 888-8525 |

PRINTED ON RECYCLED PAPER

DECLARATION OF C.W. IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING
ORDER/ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

Again, thank you for writing to me.  Please feel free to contact me again about this or other issues of concern to you.


Sincerely,

Barbara Boxer
United States Senator

p.s. Letters sent to the U.S. Capitol are subject to a lengthy screening process. Please address mail to me at 312 North Spring Street, Suite 1748, Los Angeles CA 90012.

BB:PLZ

DECLARATION OF C.W. IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING
ORDER/ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1

## PROOF OF SERVICE

2 **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3      I am employed in the County of Los Angeles, State of California. I am over
the age of eighteen years and not a party to the within action; my business address is
4 1875 Century Park East, Suite 1600, Los Angeles, California 90067-2517.

5      On February 4, 2008, I served the following document(s) described as
**DECLARATION OF C.W. IN SUPPORT OF APPLICATION FOR**
6 **TEMPORARY RESTRAINING ORDER/ORDER TO SHOW CAUSE RE**
**PRELIMINARY INJUNCTION** on the interested parties in this action by placing
7 true copies thereof enclosed in sealed envelopes addressed as follows:

8 Christopher B. Latham                   *Attorneys for Defendant*
Assistant United Sattes Attorney
9 Christopher.Latham@usdoj.gov

10 Thomas C. Stahl                       *Attorneys for Defendant*
Assistant Untied States Attorney
11 Thomas.Stahl@usdoj.gov

12  **ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from
phooper@health-law.com on February 4, 2008, by transmitting a PDF format copy
13 of such document(s) to each such person at the e-mail address listed below their
address(es). The document(s) was/were transmitted by electronic transmission and
14 such transmission was reported as complete and without error.

15      I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct and that I am employed in the office
16 of a member of the bar of this Court at whose direction the service was made.

17      Executed on February 4, 2008, at Los Angeles, California.

18

19                                    _s/Patric Hooper_____
                                  Patric Hooper
20

21

22

23

24

25

26

27

28

1042569.1