☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of California

SHARP HEALTHCARE, INTERNIST
LABORATORY AND SCRIPPS HEALTH

V.

MICHAEL LEAVITT, SECRETARY OF THE
DEPARTMENT OF HEALTH AND HUMAN
SERVICES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: '08 CV 0170 W POR

TO: (Name and address of Defendant)

Michael O. Leavitt, Secretary
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20585

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patric Hooper (SBN 57343)
Jordan B. Keville (SBN 271868)
HOOPER, LUNDY & BOOKMAN, INC.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067

Tel: (310) 551-8111
Fax: (310) 551-8181
phooper@health-law.com

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

JAN 29 2008

CLERK                                                                  DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

☐AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>January 29, 2008 |
| NAME OF SERVER *(PRINT)*<br>Patric Hooper | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
   Service by Certified Mail (defendant United States); see confirmation of delivery attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL<br>0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/7/08            s/Patric Hooper
            *Date*             *Signature of Server*
                               Patric Hooper

                               Hooper, Lundy & Bookman, Inc., 1875 Century Park East,
                               Suite 1600, Los Angeles, CA 90067
                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com

## Patti Newler

| | |
|---|---|
| From: | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| Sent: | Wednesday, February 06, 2008 5:48 PM |
| To: | Patti Newler |
| Subject: | USPS Shipment Info for 7160 3901 9848 4214 1224 |

This is a post-only message. Please do not respond.

Patti Newler has requested that you receive the current Track & Confirm information, as shown below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7160 3901 9848 4214 1224

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20585 | 02/04/08  7:23am |
| Notice Left | WASHINGTON DC 20585 | 02/03/08  7:35am |
| Arrival at Unit | WASHINGTON DC 20022 | 02/03/08  6:09am |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

7160 3901 9848 4214 1224

TO: Michael O. Leavitt, Secretary
Department of Health and
Human Services
200 Independence Ave., S.W.
Washington, DC 20585

HOOPER, LUNDY & BOOKMAN, INC.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517

SENDER:   Patric Hooper

REFERENCE: 56470-902

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

1