☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of California

SHARP HEALTHCARE, INTERNIST
LABORATORY AND SCRIPPS HEALTH

V.

MICHAEL LEAVITT, SECRETARY OF THE
DEPARTMENT OF HEALTH AND HUMAN
SERVICES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: '08 CV 0170 W POR

TO: (Name and address of Defendant)

Karen P. Hewitt, U.S. Attorney
880 Front St, Room 6293
San Diego CA 92101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patric Hooper (SBN 57343)
Jordan B. Keville (SBN 271868)
HOOPER, LUNDY & BOOKMAN, INC.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067

Tel: (310) 551-8111
Fax: (310) 551-8181
phooper@health-law.com

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

JAN 29 2008

CLERK                                                              DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| PARTRIC HOOPER, ESQ., SBN 57343<br>HOOPER, LUNDY & BOOKMAN, INC.<br>101 W. BROADWAY<br>SUITE 1330<br>SAN DIEGO, CA 92101 | | |
| *Telephone No:* 619-744-7300   *FAX No:* 619-230-0987 | | |
| | *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Southern District Of California

*Plaintiff:* SHARP HEALTHCARE, INTERNIST LABRATORY ADN SCRIPPS HEALTH
*Defendant:* MICHAEL LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HU

| **PROOF OF SERVICE**<br>**SUMMS IN CIV. ACTION** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV0170WPOR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL CASE COVER SHEET; COMPLAINT FOR INJUNCTIVE RELIEF; NOTICE OF PARTIES WITH FINANCIAL INTEREST

3. a. Party served:        KAREN P. HEWITT, US ATTORNEY
   b. Person served:      ARAGON MCDONALD, AUTHORIZED TO ACCEPT SERVICE ON BEHALF
                           OF KAREN P. HEWITT

4. Address where the party was served:    101 W BROADWAY
                                           15TH FLOOR
                                           SAN DIEGO, CA 92101

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jan. 29, 2008 (2) at: 12:40PM

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. OMAR GAINES                                              d. *The Fee* for Service was: $148 50
                                                               e. I am: Not a Registered California Process Server

   **First Legal Support Services** SM
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Feb. 01, 2008

   Judicial Council Form                    PROOF OF SERVICE                       *(OMAR GAINES)*
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMS IN CIV. ACTION                   *904893.hoolusd.111141*