PATRIC HOOPER (State Bar No. 57343)
JORDAN B. KEVILLE (State Bar No. 217868)
ABIGAIL WONG (State Bar No. 245652)
**HOOPER, LUNDY & BOOKMAN, INC.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: ph ooper@health-law.com

Attorneys for Plaintiffs SHARP HEALTHCARE, INTERNIST LABORATORY and SCRIPPS HEATLH

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP HEALTHCARE; INTERNIST LABORATORY and SCRIPPS HEALTH,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | CASE NO. 08-CV-0170 W POR<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Memorandum of Points and Authorities, [Proposed] Order, filed concurrently herewith]<br><br>Date: April 7, 2008<br>Time: 10:30 a.m.<br>Crtrm.: Hon. Thomas J. Whelan |

TO DEFENDANT AND TO HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 7, 2008 at 10:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom of the Honorable Thomas J. Whelan, in the above-entitled Court, Plaintiffs Sharp HealthCare, Internist Laboratory and Scripps Health (collectively "Plaintiffs"), will and hereby do move this Court for an Order granting:

1. A preliminary injunction to maintain the status quo until the issuance of a final judgment;

2.  A preliminary injunction preventing defendant, Michael Leavitt, Secretary of the United States Department of Health and Human Services ("Defendant" or "Secretary"), and his agents, employees, and all persons acting in concert with him, from violating substantive and procedural requirements of federal law by continuing to implement and carry out a Medicare clinical laboratory competitive bidding "demonstration project" in the San Diego-Carlsbad-San Marcos area; and

3.  A preliminary injunction requiring Defendant to return to clinical laboratories any bid applications that already have been submitted in connection with the demonstration project and precluding him from using any information set forth in such applications for any purpose, including but not limited to setting Medicare payment rates for clinical laboratory services.

This Motion is based on Federal Rule of Civil Procedure 65, the federal Administrative Procedure Act ("APA"), as codified at 5 United States Code ("U.S.C.") §§ 552 *et seq.*, the Medicare Act, the United States Constitution, as well as this Notice, the accompanying Memorandum of Points and Authorities, upon such evidence as may be presented at oral hearing in this matter, and all records and documents on file in this matter, including the Application for Temporary Restraining Order, Memorandum of Points and Authorities, and Declarations in support thereof filed by Plaintiff on February 4, 2008.

The grounds for this Motion are that Defendant's actions violate numerous provisions of federal law, including the APA, the United States Constitution and the statute that creates the demonstration project, as explained in the accompanying pleadings, the supporting Memorandum of Points and Authorities and other documents on file in this matter, and unless Defendant, his agents, employees, and

///
///
///

1  others acting in concert with him, are immediately restrained, all of the Plaintiffs, as
2  well as third parties, will suffer irreparable and immediate injury, loss and damage.
3  DATED: March 10, 2008             HOOPER, LUNDY & BOOKMAN, INC.

5  By:   /s/
                                    PATRIC HOOPER
6                                   Attorneys for Plaintiffs SHARP
                                    HEALTHCARE, INTERNIST
7                                   LABORATORY and SCRIPPS HEATLH

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1875 Century Park East, Suite 1600, Los Angeles, California 90067-2517.

On March 10, 2008, I served the following document(s) described as **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Christopher B. Latham<br>Assistant United States Attorney<br>Christopher.Latham@usdoj.gov | *Attorneys for Defendant* |
| Sheila Lieber<br>Assistant United States Attorney<br>Sheila.Lieber@usdoj.gov | *Attorneys for Defendant* |
| Kathryn L. Wyer<br>Assistant United States Attorney<br>Kathryn.Wyer@usdoj.gov | *Attorneys for Defendant* |

**ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from pnewler@health-law.com on March 10, 2008, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 10, 2008, at Los Angeles, California.

/s/
Patric Hooper