# Exhibit A

## Part 2 of 2

# SECTION 7
# HOW THE BIDS WILL BE EVALUATED

The bid evaluation process is described in this section. Once bids have been submitted, they are considered final. If necessary, CMS may seek clarification from a bidder; however it is not CMS' intention to request additional information, share information from other bidders or permit conditional bids. All information submitted will be considered confidential.

A panel of staff from CMS, RTI and Palmetto GBA make up a Bid Evaluation Panel (BEP) responsible for reviewing each of the bids. For example, BEP members have expertise in clinical laboratory issues, CLIA, Medicare, competitive bidding and acquisition, economic/financial evaluation, and the CMS claims payment systems. In addition to being legally held to CMS privacy, confidentiality, and ethics rules, BEP members will sign an additional agreement that specifically addresses the confidentiality of all information provided on all applications submitted, and to protect the applications overall.

Information from individual bids will not be released at any time. The bids are exempt from the Freedom of Information Act (FOIA). The bid information will be used for both demonstration operations and the demonstration evaluation.

The CMS reserves the right to negotiate with bidders regarding issues such as service area and price. Once bids are received, laboratories will not be allowed to revise their bids unless such revisions are requested by CMS during negotiations. Winning and passive laboratories must agree to the terms and conditions for participation in the demonstration project.

The steps described in this section are the anticipated bid evaluation process. However, since this is a demonstration project that is breaking new ground, it is possible that modifications in the bid evaluation process will be necessary based on factors that cannot be predicted. The CMS and the BEP reserve the right to act in the best interests of Medicare beneficiaries and the Medicare program.

## *Stage One: Pre-screening and Eligibility Review*

Only bids received on or before February 15, 2008 will be eligible for evaluation. RTI will mail confirmation of receipt to bidders once their bids have been received; however bidders should have proof of the date the application was sent to the BEP. During this stage of the evaluation, bids will be screened for eligibility and completeness.

### *Pre-screening*

Each application (OMB Form No. 09381008) will be pre-screened for legibility and completeness. Clarifications will be requested by CMS, wherever necessary. An example

of an incomplete application would be missing demonstration test code bid prices when an applicant is bidding, since each bidder is required to bid a price for each of the laboratory clinical test codes included in the demonstration. Applications must be signed by an individual with legal authority to attest to the accuracy of the information provided to CMS.

**For applications submitted electronically, please include a hard copy of a signed completed form along with the electronic version.**

*Bidding Status*

Section A of the application establishes the applicant's bidding status as declared by the applicant. The bidding status is referred to as required or non-required, and bidding or non-bidding. All sections of the application are to be completed by bidders. Sections A, B (questions 1-6, 10, 11), and F of the application are to be completed by non-bidders. Only eligible bidders will be evaluated beyond Stage One.

*Eligibility Review*

Information provided in Section B of the application will determine the applicant's eligibility to participate in the demonstration project. To be eligible to bid, an applicant must be:

(1) Currently enrolled in the Medicare program with a valid Medicare provider number.

(2) In compliance with the Medicare, Medicaid, and Clinical Laboratory Improvement Amendment (CLIA) program requirements. An applicant sanctioned for CMS program violation(s) will not be eligible to participate in the demonstration project. A sanction is an official action by the Office of the Inspector General that bars participation in the Medicare, Medicaid, and/or CLIA program during a specific time period, or indefinitely.

(3) In compliance with all State and Federal licensure and regulatory requirements.

(4) Submitting only one bid from laboratories under common ownership or control.

*Outcome of Stage One*

Stage One will identify applicants who are eligible bidders. Applications from eligible bidders will be further evaluated. The BEP will recommend to CMS a list of applicants ruled ineligible based on the criteria listed above. Those applicants will be notified by CMS and will have an opportunity to challenge the decision (within 7 days of notification from CMS).

### Stage Two: Calculating Composite Bids

Bid prices for demonstration test codes entered into the bid price table (in Section D of the application) will be evaluated in Stage Two, where the composite bids of the eligible bidders will be calculated by RTI. The composite bid is a single price that summarizes bid prices for all the demonstration test codes. The composite bid allows bid prices to be compared across bidders. The bid price worksheet described in Section 5 can be used to see a laboratories' composite bid price as bid prices are entered into the worksheet. The bid price worksheet is meant to be a tool to assist laboratories with the bidding application process. The bid price worksheet is available by request. Please send an e-mail to lab-demo@rti.org.

Composite bids are calculated using two components: (1) demonstration test code weights and (2) bid prices for each demonstration test code. The demonstration test code weights are calculated by RTI prior to bidding and are shown on the demonstration application form Bid Price Table in Section D of the application (OMB Form No. 09381008). The weight for each demonstration test code represents the proportion of total demonstration test code volume in the competitive bid area (CBA). The test code weights sum to one, and are identical for all applicants. Additional information regarding the calculation of test code weights can be found in Section 4 (Market Volumes and Test Code Weights).

Data is provided by RTI to all bidders in Columns A, B, and C of the Bid Table. Bid prices for each of the laboratory test codes included in the demonstration are supplied by the bidder in Column D on the application form. Each bidder is required to submit a bid price for each of the laboratory test codes included in the demonstration.

Each bid will be evaluated on the composite of prices for the full list of demonstration test codes. In evaluating the bid, bid prices for each test code will be weighted by their demonstration test code weights (provided for you in Section D, question 4, Column C of the application form). It is in the bidder's best interest to negotiate favorable prices from reference laboratories for the tests it refers out. Doing so will lower its overall composite bid and increase its chances of being included in the competitive (price) range. In addition to the evaluation of the composite bid, bids for each demonstration test code will be evaluated to ensure that they are credible, and not unreasonably high or low.

The composite bid is a single price that is calculated for each individual bidder by RTI. It is the average of a bidder's prices for each demonstration test code weighted by each test code's weight. Table 4 provides an example of how the composite bid price is calculated for a hypothetical, simplified scenario with only three demonstration test codes, and using prices from the 2007 Medicare Part B CLFS.

**Table 4**
**Example Composite Bid Price Implied by Medicare Part B**
**Clinical Laboratory Fee Schedule**

| [A]<br>HCPCS Code | [B]<br>HCPCS Test Description | [C]<br>Test Code<br>Weight | [D]<br>Bid Price* | [E]=[C] x [D] |
|---|---|---|---|---|
| 85025 | Complete cbc w/auto diff wbc | 0.5 | $10.86 | $5.43 |
| 83970 | Assay of parathormone | 0.4 | $57.67 | $23.07 |
| 83036 | Glycosylated hemoglobin test | 0.1 | $13.56 | $1.36 |
| Sum:<br>Composite Bid<br>Price | | – | – | $29.85 |

Note: *For this example, the bid prices are equivalent to what is on the Medicare Part B Clinical Laboratory Fee Schedule, 2007. Actual composite bid prices will be calculated using the actual bid prices supplied in the application form by the bidder.

In the actual calculation for the demonstration, all demonstration test codes and weights in the entire Bid Table will be included in the composite bid price calculation, and the bid prices for each test code supplied (and entered into Column D) by the bidder will be used.

*Outcome of Stage Two*

The outcome of Stage Two will be a composite bid price for each eligible bidder.

## Stage Three: Establishing the Financially Competitive Range

In Stage Three, the financially competitive range of composite bid prices for the demonstration will be determined. The financially competitive range will be based on the bidder's composite bid prices, their laboratory test capacity, and the projected demand for demonstration test codes in the competitive bid area. Composite bids will be arrayed from low to high. A composite bid is considered financially competitive if it is equal to or less than the cutoff price.

Tables 5 and 6 show a simplified, hypothetical example of how the financially competitive range would be determined based on a scenario where four laboratory firms submit eligible bids.

> ➤ A composite bid is calculated for each bidding laboratory as shown in Table 5. The composite bids are arrayed from low to high (left to right) in Table 6.

> ➤ Each firm's capacity is estimated. The cumulative capacity of the ranked bidders is calculated, beginning with the lowest bidder (Lab 2) and cumulating to the highest bidder (Lab 3). Beginning with the lowest bidder and continuing sequentially to the next (higher) bidder, cumulative capacity is compared to projected competitive bid area demand for laboratory tests.

54

> ➢ The bid at which cumulative capacity equals or exceeds projected demand determines the cutoff composite bid price. In Table 6, this occurs at Lab 4's bid of $27.14. At this bid, cumulative capacity is 12,000 tests, which exceeds the projected demand of 10,000 tests. Labs 1, 2, and 4 have the capacity to serve the entire area. Lab 3's bid is higher than the cutoff price, and its capacity is not needed to meet projected demand; therefore, its bid is above the competitive range.

Table 5
Composite Bid Prices for Bidding Laboratories

| Test Code (HCPCS) | Test Code Weight | Lab 1 | | Lab 2 | | Lab 3 | | Lab 4 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Bid Price | Test Code Weight x Bid Price | Bid Price | Test Code Weight x Bid Price | Bid Price | Test Code Weight x Bid Price | Bid Price | Test Code Weight x Bid Price |
| 85025 | 0.5 | $9.56 | $4.78 | $8.69 | $4.34 | $10.64 | $5.32 | $9.77 | $4.89 |
| 83970 | 0.4 | $50.75 | $20.30 | $46.14 | $18.45 | $56.52 | $22.61 | $51.90 | $20.76 |
| 83036 | 0.1 | $15.19 | $1.52 | $16.27 | $1.63 | $13.29 | $1.33 | $14.92 | $1.49 |
| Total = Composite Bid Price | — | — | $26.60 | — | $24.43 | — | $29.26 | — | $27.14 |

Notes: Test code weights are from Table 4.

56

**Table 6**
**Cutoff Composite Bid Price**
**Labs are placed from left to right in ascending order of their composite bid price**

|  | Lab 2 | Lab 1 | Lab 4 | Lab 3 |
|---|---|---|---|---|
| Composite Bid Price | $24.43 | $26.60 | $27.14 | $29.26 |
| Capacity | 5,000 | 3,000 | 4,000 | 10,000 |
| Cumulative Capacity | 5,000 | 8,000 | 12,000 | 22,000 |
| Projected Area Demand for Tests (total) | 10,000 | 10,000 | 10,000 | 10,000 |
| Cutoff Bid Price |  |  | ← |  |
|  | ← Financially Competitive Range → |  |  |  |

Notes: All bidding laboratories submitted a composite price less than or equal to the reservation composite bid price. Composite bid prices are from Table 5. Information about capacity is collected in Section D of the application form.

Additional considerations when defining the financially competitive range include the following:

- A cutoff price will be chosen such that bidders bidding below the cutoff price as a group have sufficient capacity to serve the CBA. Capacity will be judged by historical volumes using administrative data and information provided in bidder's applications. Projected demand for demonstration test codes in the CBA will be determined by historical Medicare volumes in the CBA.

- The competitive range will include multiple bidders. If the initial calculation of the competitive range shows only one bidder in the competitive range, the range will be expanded to include multiple bidders in the competitive range. This will be done in compliance with the law, to ensure multiple winners under the demonstration and post-award competition among multiple suppliers for laboratory test business.

- The law requires payment under the demonstration project to be less than currently paid (in aggregate). Therefore, a reservation composite bid price equal to less than the composite bid price implied by the 2007 Medicare Part B Clinical Laboratory Fee Schedule will be established. Any bid prices found to be higher than the reservation composite bid price will not be considered financially competitive.

- The financially competitive range will be set such that there is some extra capacity to serve the CBA. This is to ensure beneficiary access to clinical laboratory services.

- The capacity of small laboratories that are not required to bid will be considered when determining the capacity of bidding laboratories that is necessary to meet area demand.

*Outcome of Stage Three*

Stage Three will determine the financially competitive range of composite bid prices for the demonstration and the eligible bidders who are in the financially competitive range.

## Stage Four: Additional Bid Evaluation

The BEP will recommend to CMS the applicants determined to offer the best value for the Medicare program based on price and non-price criteria. Non-price criteria include: quality, access for beneficiaries and providers, financial strength and stability, reference and referral (subcontracting) relationships, expansion plan, gaming in bidding, and collusive or anti-competitive bidding behavior.

The BEP will ensure that bidders falling into the financially competitive range meet non-price criteria. The BEP will ensure that winning bidders as a group have adequate capacity to meet the demand for demonstration test codes in the CBA. Other criteria such as financial stability and gaming will be evaluated for individual bidders.

Quality

All eligible applicants must hold a current valid CLIA certificate. For additional information regarding quality please refer to Section 9 (Quality and Operational Policies).

Access

To ensure access for beneficiaries and providers, the BEP will analyze the competitive bidder's geographic coverage of the CBA, scope of the full demonstration test code menu offered, and ability to provide or arrange for needed services to special populations and provider types in the CBA. Information provided in Section C of the application (by the applicant), combined with historical Medicare claims records (constructed by RTI) will be considered.

*Geographic Coverage*

Using the information provided in the bidder's application in Section C, the BEP will determine if at least two competitive bidders serve or plan to serve each county/zip code in the CBA. The capacity of the bidders serving each county/zip code will be compared to estimated demand for that part of the CBA. Ability of the competitive bidders as a group to provide laboratory services for the entire CBA will be assessed.

*Test Menu Coverage*

Capacity relative to demand in the CBA will be evaluated for at least the following (CLIA) specialties, using capacity information from bidder's applications and historical Medicare claims for the CBA:

- Histocompatibility
- Immunohematology
- Microbiology
- Pathology
- Diagnostic Immunology
- Radiobioassay
- Chemistry
- Clinical Cytogenetics
- Hematology.

*Special Populations and Providers*

The BEP will assess whether bidders falling within the competitive range or laboratories with passive status under the demonstration have the capability to adequately serve all Medicare populations and their providers in the competitive bid area. An example of a special population is nursing home residents. Nursing home residents may be served by specialized laboratory testing organizations or by special arrangements for collection of specimens and reporting of results. Information provided in bidder's applications on special populations of beneficiaries or providers served will be reviewed by the BEP.

Laboratories providing services end stage renal disease (ESRD) or nursing home/ home health services beneficiaries will be able to continue providing laboratory services exclusively for these beneficiaries residing in the CBA under the demonstration without bidding. In addition, payment for laboratory tests that are paid under the Medicare Part B Clinical Laboratory Fee Schedule (outside the bundled payment) will be paid using the competitive set fee schedule for ESRD beneficiaries residing in the CBA.

Financial Strength and Stability

Financial strength and stability of bidders will be determined through review of financial statements and other information provided in bidder's applications. The purpose of determining financial stability is to ensure that CMS is allowing for enough capacity and geographic coverage (should a laboratory appear to be at financial risk) when selecting winning laboratories.

Subcontracting and Referral Relationships

All laboratories providing testing to Medicare beneficiaries must hold a valid CLIA certificate. The use of sub/contractors to supply the anticipated types and volumes of tests will be considered as part of assessing the testing capacity of the bidders. **Only winning or passive laboratories that are enrolled Medicare providers are allowed to directly bill Medicare under the demonstration**.

Expansion Plan

A bidding applicant may plan to expand services to new geographic areas, increase test menu and/or volume of laboratory services. Sections C, D and E of the application should describe any proposed plan(s) to expand in terms of organizational resources and current scale, financial strength, magnitude of the proposed expansion, and timeline.

Gaming

Any evidence of gaming during the bid process may result in a disqualified bid. Gaming is defined as unrealistic bidding in an attempt to gain an advantage in the bidding evaluation. An example of gaming is lowballing. Each bid—both on a composite basis and by individual HCPCS/ATP code-defined test—will be compared to standards such as

the average bid, the median bid, the distribution of bids, and the current Part B Clinical Laboratory Fee Schedule. Extreme, outlying, and unrealistic bid prices will be identified and subject to further scrutiny. A bidder who is determined to be gaming may be disqualified.

<u>Collusion, Anti-Competitive Bidding</u>

Collusion and anti-competitive bidding are prohibited. Bids will be examined for any evidence of collusion. The Department of Justice and the Federal Trade Commission have jurisdiction and will be asked to review any application that suggests illegal behavior.

*Outcome of Stage Four*

Based on the multi-dimensional evaluation criteria, the BEP may recommend (but is not limited to) the following:

- Expand the financially competitive range.
- Expand the geographic service areas required in the terms and conditions for participation in the demonstration project.
- CMS negotiate additional conditions.
- Bidders are disqualified.

## Stage Five: Selection and Award

The BEP will make recommendations to CMS regarding bidders that meet both the price and non-price criteria. Final approval for awards will come from CMS. Bidders selected by CMS will be offered terms and conditions, a legally binding agreement required for participation in the demonstration project. For example, terms and conditions include, but are not limited to:

- Acceptance of the demonstration prices;
- Acceptance of all terms and conditions for the duration of the demonstration;
- Cooperation with the evaluation of the demonstration; and
- Participation in quality assurance (i.e., submission of data on quality indicators).

***Stage Six: Feedback and Reconsideration Process***

A summary of the bid evaluation in aggregate will be provided. Bidding applicants who are disqualified will be informed of the reason(s) they were disqualified. Non-winning and winning bidders will be provided with their calculated composite bid and the cutoff composite bid.

Applicants may request reconsideration of a decision by email. Those requests should be sent to RTI at lab-demo@rti.org with the subject line "reconsideration requested" within 7 days of notification from CMS.

# SECTION 8
# OUTREACH AND EDUCATION

A key element of the demonstration project is an active outreach and education program directed towards each of the demonstration stakeholders: laboratories, physicians and other health care professionals, carriers and fiscal intermediaries (FI), and beneficiaries and beneficiary advocates.

Multiple educational products, activities, and assistance have been developed specifically for the demonstration and are available to clinical laboratory suppliers, those authorized to order laboratory tests, and beneficiaries. The materials are designed to ensure that all processes and functions of the demonstration project are understood and implemented in accordance with the law and guidelines. The project will be monitored on a continuous basis to ensure the quality of laboratory services, ensure beneficiary access to laboratory services, and to verify effective and efficient operation within the requirements of the law and its intent.

## General Communication Channels

Materials pertaining to the demonstration project will be posted on the demonstration website at CMS for 24 hour a day access. These materials include articles, fact sheets, handouts from conferences, etc. Each document is offered in a format that can be easily downloaded and printed by all stakeholders. If there are any issues with downloading materials, please contact the website webmaster. The URL for the CMS Medicare Clinical Laboratory Competitive Bidding Demonstration Project website is:

http://www.cms.hhs.gov/DemoProjectsEvalRpts/MD/itemdetail.asp?filterType=dual,%20data&filterValue=Upcoming%20Demonstrations&filterByDID=2&sortByDID=3&sortOrder=ascending&itemID=CMS1198949&intNumPerPage

Another helpful resource for information related to the demonstration project is the Clinical Laboratory Center website. The URL for this website is:

http://www.cms.hhs.gov/center/clinical.asp.

## Additional Questions?

Please see "Frequently Asked Questions (Appendix A)"

Beneficiaries and physicians can call **1-866-613-9348** toll free to report any problems beneficiaries may experience accessing quality laboratory services under the demonstration so appropriate action can be taken immediately.

*E-mail*: An e-mail address is available for all stakeholders to send their questions to: lab-demo@rti.org. Any questions sent to this address will be responded to as soon as possible.

*Telephone*: A toll free telephone help line is available. The help line number is 1-866-613-9348

## Bidder's Conference for Laboratories

The CMS will hold a conference in the CBA for all clinical laboratories who are interested in participating in the Medicare Clinical Laboratory Competitive Bidding Demonstration Project. The Bidder's Conference will include:

- A project overview
- Explanation of the technical components of the bidding process
- Discussion of the regulations
- Question and answer session

An announcement of the Bidder's Conference will be posted on the CMS list serves and mailed to all clinical laboratories (i.e., independent hospital, and/or physician office) identified as providing laboratory services to beneficiaries enrolled in the original FFS Medicare residing in the CBA. Those who are registered for the CMS list serves will receive an e-mail notification about the Bidder's Conference.

Interested applicants will be asked to register for the conference. Attendance at the conference is not required as a condition of bidding. Conference materials will be posted on the CMS demonstration website.

## Carriers and Fiscal Intermediaries or Medicare Administrative Contractors (MACs)

The local Part B carriers will be trained and made knowledgeable about the demonstration project through the Medicare Learning Network (MedLearn) at CMS. Additional information about MedLearn and accessing MedLearn articles can be found at:

http://www.cms.hhs.gov/MLNMattersArticles/01_Overview.asp#TopOfPage

The CMS will also use regularly published quarterly advisories/bulletins to disseminate necessary information. Educational materials will be available to the Part B carriers, FIs, or MACs to distribute as appropriate to providers. Materials will include fact sheets about the demonstration as well as a directory of participating laboratories, once the bidding process and evaluations are complete.

### *Physicians and Other Providers*

Educational materials will be provided to physicians and other providers through various avenues such as the CMS Open Door Forums, the CMS demonstration website, and any existing Part B efforts. Materials disseminated to providers in addition to general information about the demonstration will include a directory of participating laboratories and any instructions to assist beneficiaries.

### *Beneficiaries*

The CMS will work with beneficiary advocacy groups to disseminate any information to beneficiaries residing in the CBA. Advocacy groups will have fact sheets about the demonstration to distribute to beneficiaries as well as a directory of laboratories participating in the demonstration. Please see "Frequently Asked Questions" in Appendix A.

## SECTION 9
## QUALITY AND OPERATIONAL POLICIES

### *Clinical Laboratory Improvement Amendments (CLIA)*

The CMS regulates all laboratory testing on humans through the Clinical Laboratory Improvement Amendments (CLIA) program. CLIA helps to ensure that Medicare beneficiaries are receiving quality laboratory testing. Additional information about CLIA can be found on the following website:

http://www.cms.hhs.gov/CLIA/

CMS is continuously involved in meetings and discussions with other government entities involved in the assurance of quality laboratory testing. Together the CLIA partners ensure that timely and appropriate information is available to all entities so that the best course of action can be pursued, especially in critical cases that require expeditious, effective response to a complaint, a survey finding or a publicly volatile situation.

The demonstration project will rely on the CLIA program policies and procedures to ensure laboratory quality. Note that any laboratory found to be violating CLIA standards during the demonstration project will not be paid under the demonstration and will be removed from the directory of approved laboratories available to providers. Also, any laboratory on the Laboratory Registry will not be awarded a contract for participation in the demonstration project.

The *Partners in Laboratory Oversight* document available on the above CLIA website details how each partner contributes to laboratory oversight.

### *Performance Measure Reporting During the Demonstration*

Winning laboratories will be required to supply laboratory quality information throughout the demonstration. Performance measures that will be required as part of the terms and conditions agreement include:

- Test turnaround times, including: total turnaround time, transport turnaround time, processing turnaround time, total turnaround time for STAT tests, reporting turnaround time for critical values, reporting turnaround time for public health disease notification
- Log-in error rates
- Percentage of unusable or lost specimens.

Performance measures will be standardized for laboratories participating in the demonstration. Detailed specifications for each of the quality measures will be made

66

available to the laboratories prior to the start of the demonstration. Clinical laboratory and quality experts have been consulted in the development of these measures.

## *Billing and Payment Rules*

Key billing and payment rules and operations under the demonstration include:

- Under the demonstration, one bill must be submitted to CMS from either the referring or reference laboratory **and** the performing laboratory must be identified on the claim. Note that non-winning laboratories cannot bill Medicare directly but can act as a subcontractor/reference laboratory to winning and passive laboratories.

- Winning and passive laboratories should submit claims as usual for demonstration test codes that they perform. Non-winning laboratories will not be able to bill for demonstration tests for beneficiaries residing in the CBA.

- Beneficiaries who travel outside the CBA during the demonstration period and require laboratory services will be able to receive services from any laboratory in the United States, and other than laboratories that were declared non-winners under the demonstration, any laboratory can bill Medicare for these services. Under this scenario, laboratories providing services to beneficiaries with permanent residence in the CBA who do not ordinarily serve the CBA will be paid the competitively set fee schedule.

- Laboratories should submit claims as usual, and the Medicare Part B carriers, Part A fiscal intermediaries or A/B MACs will determine the appropriate payment.

- The current Medicare clinical laboratory payment rules on laboratories billing for referred tests (e.g., 70/30 rule) will apply under the demonstration (see Section 3).

- Laboratories are not permitted to bill beneficiaries for laboratory test codes covered by Medicare.

## *Billing Rules for Hospital Non-patient Testing*

During the demonstration winning laboratories will be paid for demonstration test codes provided to beneficiaries residing in the CBA under one competitively set demonstration fee schedule for the duration of the demonstration. The competitively set Part B CLFS replaces the existing CLFS for under the demonstration project. Medicare claims processing procedures (i.e., coding, use of modifiers, etc) remain the same.

A beneficiary whose specimen is drawn by hospital personnel but who is not registered as an inpatient or an outpatient of a hospital is considered a "nonpatient." CMS considers testing for such a beneficiary to be a "non-patient" whether the specimen is submitted to or is directly obtained by the hospital staff. The employment status of the individuals

performing the phlebotomy service or ordering the test is not the determining factor in patient status.

For example, an individual employed by a not-for-profit hospital may draw a specimen from a skilled nursing facility (SNF) patient under an arrangement with the SNF. Clinical laboratory testing for a beneficiary residing in a SNF during a covered Part A stay should be billed under the SNF's global inpatient Part A bill (21x Type of Bill or TOB). Under the SNF consolidated billing requirement, the comprehensive prospective payment system per diem payment that the SNF receives for the covered Part A stay itself includes virtually all services furnished to the beneficiary during the course of that covered Part A stay, including clinical laboratory tests.

Alternatively, if clinical laboratory testing is performed for a beneficiary residing in a SNF during a non-covered stay (e.g., where there is no qualifying prior hospital stay, or where Part A SNF benefits have been exhausted), the SNF would not be required to assume the Medicare billing responsibility for the laboratory test. In this instance, a hospital laboratory testing the specimen should bill Medicare by submitting a non-patient Part B bill (14x TOB) to its fiscal intermediary (FI) (or by submitting a Part B claim to its carrier) for the clinical laboratory test provided to such a beneficiary.

### *Automated Test Panel (ATP)*

Automated Test Panels (ATPs) will be identified using the existing payment algorithm. Laboratories will continue to bill for individual tests that make up the ATPs. Note that although laboratories do not bill using the ATP codes, bidders are required to provide a bid for each ATP code. Payment for ATPs under the demonstration will be determined by the competitively-bid fee schedule. Additional information on ATPs is provided below.

The CMS identifies certain chemistry tests (see Table 7) as automated tests. Payment for each of these automated tests depends on the number of automated tests provided to a patient on the same date and by the same provider. The combination of any of these tests is referred to as an automated test panel (ATP). For example, if a patient were to receive 10 of the automated tests, each of these tests would appear individually on the claim, but the tests would be paid as a combination referred to as ATP10.

Table 7
List of Automated Tests

| HCPCS Code | Test Description | HCPCS Code | Test Description |
|---|---|---|---|
| 82040 | Assay of serum albumin | 82565 | Assay of creatinine |
| 84075 | Assay alkaline phosphatase | 82977 | Assay of GGT |
| 84460 | Alanine amino (ALT) (SGPT) | 82947 | Assay, glucose, blood quant |
| 84450 | Transferase (AST) (SGOT) | 83615 | Lactate (LD) (LDH) enzyme |
| 82247 | Bilirubin, total | 84100 | Assay of phosphorus |
| 82248 | Bilirubin, direct | 84132 | Assay of serum potassium |
| 82310 | Assay of calcium | 84155 | Assay of protein, serum |
| 82435 | Assay of blood chloride | 84295 | Assay of serum sodium |
| 82465 | Assay, bld/serum cholesterol | 84478 | Assay of triglycerides |
| 82550 | Assay of ck (cpk) | 84520 | Assay of urea nitrogen |
| 82374 | Assay, blood carbon dioxide | 84550 | Assay of blood/uric acid |

Source: Centers for Medicare and Medicaid Services.

Each of the ATPs appears on the Medicare Clinical Laboratory Fee Schedule. Therefore, each bidder must provide a bid for each of the ATPs. Since ATPs do not appear directly in the administrative claims data used to calculate test code weights, an ATP simulation approximated ATP volumes and test code weights as closely as possible.

The basic steps of the ATP simulation methodology are as follows:

Step 1:  Unbundle any organ or test panel codes that physicians continue to use for convenience. Each organ or test panel code is converted into a list of its component HCPCS codes.

Step 2:  Eliminate any duplicated tests resulting from overlapping panel codes for the same patient on the same day and provided by the same provider.

Step 3:  Rebundle all automated tests to create ATP codes that indicate how many automated tests are provided to the same patient on the same day by the same provider.

The automated tests are paid according to the ATP fees on the Medicare CLFS. All non-automated tests are paid individually according to the Medicare CLFS.

## SECTION 10
## NEXT STEPS

This section provides a general timeline to keep in mind after the bids have been submitted for review. Steps following bid submission include:

- **Bidder's Conference**
  *CMS will be holding a Bidder's Conference in the CBA on December 5, 2007.*

- **Demonstration Applications Due**
  *Demonstration applications will be due on February 15, 2008.*

- **The Evaluation of Applications by the Bid Evaluation Panel.**
  *See Bidders Package, Section 6 for additional information.*

- **Selection of Winner Laboratories.**
  *See Bidders Package, Section 6 for additional information.*

- **Terms and Conditions of Participation in the Demonstration**
  *Winning laboratories will be required to abide by the terms and conditions of participation in the demonstration. In general, laboratories will be required to meet the requirements described in the Bidder's Package, but the terms and conditions are not final. The final terms and conditions will be agreed to prior to contract award and implementation, as with other demonstration projects. The terms and conditions for participation in the demonstration will include performance measurement in addition to the compliance with the CLIA program. all of the winning laboratories.*

- **Distribution of Additional Marketing/Educational Materials**
  *Winning laboratories, as well as CBA physicians and beneficiaries, will receive fact sheets and/or educational materials regarding the Medicare Clinical Laboratory Services Competitive Bidding Demonstration Project.*

# APPENDIX A
# FREQUENTLY ASKED QUESTIONS

**General Demonstration Questions** ....................................................................74
1.  What is a demonstration project?................................................................74
2.  Are demonstration projects evaluated? .......................................................74

**Legislative Authority** ......................................................................................74
3.  What is the purpose of the project?............................................................74
4.  What are the legislative requirements? .......................................................74
5.  What does "face-to-face encounter" mean?................................................74
6.  What is the purpose of applying the requirements of the Clinical Laboratory
    Improvement Amendments (CLIA) program to the demonstration? .........75
7.  What is meant by multiple winners?...........................................................75
8.  What is meant by budget savings?..............................................................75
9.  What is in the Report to Congress?............................................................75

**Demonstration Test Codes** ..............................................................................76
10. What test codes are included in the demonstration?..................................76
11. What tests are excluded from the demonstration? ......................................76
12. How does the demonstration affect Medicare coverage decisions? ...........76

**Structure of the Demonstration** .....................................................................77
13. Which laboratories are required to bid?....................................................77
14. Which laboratories are not required to bid?..............................................77
15. Why is the demonstration dependent on where a Medicare (FFS) beneficiary
    resides?......................................................................................................77
16. Are ESRD tests excluded from the demonstration? What is the basis for
    exempting these tests?................................................................................77
17. What is the basis for exempting laboratories providing services exclusively to
    beneficiaries residing in nursing home or receiving home health services from
    being required bidders?..............................................................................78
18. Each demonstration site will last three years. Does this mean that the bid prices
    submitted by the competing laboratories must be good for the entire three-year
    period?.......................................................................................................78
19. What does staggered start mean?..............................................................78
20. Does CMS plan to build in some controls or design features to monitor and
    prevent bidders from exploiting their market positions? ............................78
21. What was the basis for selecting the $100,000 threshold for mandatory
    participation?.............................................................................................79
22. Are there predetermined numbers of bidders or winners?.........................79
23. What are the incentives for "passive" laboratories to participate? .............79

**Demonstration Site(s)** .....................................................................................79
24. How were the sites selected? .....................................................................79

**Bidding** .................................................................................................................**80**

25.  How will laboratories know what zip codes to bid on? Can labs submit bids based on specific zip codes? ..................................................................................80

26.  Will collusion and/or anticompetitive behavior be monitored? .................................80

27.  What is the process for bidding? ...............................................................................80

28.  What is the proposed timeline? .................................................................................81

29.  Will the bidding package be available to the public? ................................................81

30.  Will the completed applications be made public? Will the bids be made public? Are applications that were submitted accessible to the public through the Freedom of Information Act (FOIA)? ........................................................................................81

31.  What is the definition of "gaming?" .........................................................................81

32.  Can a laboratory that does not perform all tests in-house continue to send out those tests? ...............................................................................................................82

33.  What happens if a laboratory typically uses a reference laboratory that is a non-winning laboratory under the demonstration? .........................................................82

34.  What happens if a required bidder does not bid or does not win? .............................82

35.  What is the bid process given the following scenario: A bidder that performs in-house the top 100 demonstration test codes by volume, and refers out the other demonstration test codes to be performed by reference lab(s)? ...................................82

36.  What is the bid process given the following scenario: A laboratory performs one single demonstration test code in-house. ................................................................83

37.  What is the bid process given the following scenario: The bidder performs all demonstration test codes in-house. ........................................................................83

38.  What is the bid process given the following scenario: A laboratory organization submits its own bid under the demonstration and is also named as a reference laboratory on another organization's application. ......................................................83

39.  What is the bid process given the following scenario: One laboratory organization submits two applications with different reference labs/subcontractors for each bid. ..83

40.  What is the bid process given the following scenario: Two laboratories are affiliated and under common ownership. Each submits a bid under the demonstration. ..........................................................................................................83

41.  What is the bid process given the following scenario: A laboratory submits a bid and also applies for passive laboratory status. ..........................................................83

42.  What is the bid process given the following scenario: A laboratory designating passive status under the demonstration is included as a reference laboratory on another laboratory's application? ..............................................................................84

43.  What is the bid process given the following scenario: A laboratory is bid as a reference laboratory on multiple applications? ........................................................84

**Application Evaluation Process** ...........................................................................**84**

44.  Who is responsible for reviewing and evaluating the bidding application form? .......84

45.  What is the basic process for evaluating the applications? ........................................84

46.  How will CMS ensure that beneficiaries will have access to laboratory services? .....85

**Winning Laboratories** .......................................................................................**85**

47.  What kinds of terms and conditions will winning laboratories be expected to agree to? ..........................................................................................................................85

48. What happens when a bidder has been declared a winner of the bidding competition, however its bid includes a reference laboratory that is a non-winner?...85
49. What happens when a bidder has been declared a winner of the bidding competition, but this laboratory was also included as a reference laboratory for a non-winning bidder? ........................................................................................86
50. What happens when a bidder has passive laboratory status under the demonstration, but this laboratory was also included as a reference laboratory for a non-winning applicant?........................................................................86
51. What happens when a laboratory is declared a non-winner for its application and is included as a reference laboratory on another winning application? ......................86
52. How will providers, physicians and beneficiaries know which laboratories are winning laboratories participating in the demonstration?..........................................87
53. Is it permissible under the demonstration to refer specimens to any winning/passive laboratory? Does that include laboratories located inside or outside the CBA? ..........................................................................................87

**Non-winning Laboratories** ...........................................................................................**87**
54. Can non-winning laboratories provide services to Medicare beneficiaries? ..............87
55. Can laboratories bill patients for laboratory services?...............................................87
56. Can a laboratory refer tests for a beneficiary residing in the CBA to a non-winning laboratory? ...............................................................................................87

**Passive Laboratories**.....................................................................................................**88**
57. What is a "passive" laboratory?...................................................................................88
58. What are the other options for laboratories that meet the definition for "passive?"....88
59. What happens if a passive laboratory exceeds its limitation?.....................................89
60. Does a laboratory that provides services to a skilled nursing home (SNF) qualify as an exempt or passive laboratory? .......................................................................89

**Beneficiary Outreach and Provider Education**...............................................................**89**
61. How will beneficiaries know which laboratory or specimen collection station to go to? How will physicians and referring laboratories know which laboratory to send specimens/patients to? .......................................................................................89
62. Where can beneficiaries, physicians, or laboratories call to get information about the demonstration?.....................................................................................................89
63. Where can beneficiaries, physicians, or laboratories call if there is a concern about the quality a laboratory?......................................................................................90

## General Demonstration Questions

1.  **What is a demonstration project?**

    The Centers for Medicare and Medicaid Services (CMS) conducts and sponsors a number of innovative demonstration projects to test and measure the effect of potential program changes. Our demonstrations study the likely impact of new methods of service delivery, coverage of new types of service, and new payment approaches on beneficiaries, providers, health plans, States, and the Medicare Trust Funds.

2.  **Are demonstration projects evaluated?**

    Yes. Evaluation projects validate our research and demonstration findings and help CMS monitor the effectiveness of Medicare, Medicaid, and the State Children's Health Insurance Program (SCHIP). An evaluation of this demonstration project will be conducted by an independent research organization under contract with CMS.

## Legislative Authority

3.  **What is the purpose of the project?**

    Section 302 (b) of the Medicare Prescription Drug, Improvement, and Modernization Act (MMA) of 2003 mandates a demonstration project using competitive bidding for clinical laboratory services. The purpose of the demonstration is to determine whether competitive bidding can be used to provide quality laboratory services at prices below current Medicare payment rates.

4.  **What are the legislative requirements?**

    Section 302 (b) mandates that CMS conduct a demonstration that applies competitive acquisition to clinical laboratory services that would otherwise be paid under the Medicare Part B (FFS) clinical laboratory fee schedule. The MMA excludes Pap smears and colorectal cancer screening tests; excludes "face-to-face encounters" and includes requirements under the Clinical Laboratory Improvement Amendments (CLIA) program. The MMA requires that CMS deliver a Report to Congress.

5.  **What does "face-to-face encounter" mean?**

    The intent of Congress was to exclude testing performed by physician office laboratories or by hospital laboratories for their own patients. Therefore, the authorizing legislation excludes laboratory tests paid under Medicare Part A or inpatient prospective payment system and testing provided to patients by a physicians office laboratory (POL). A laboratory's drawing station for non-patient specimen collection would not qualify for the MMA exclusion.

74

Under section 942 of the MMA, Congress used "face-to-face" for the purpose of collecting insurance information to determine the Medicare Secondary Payer (MSP) status, for which a laboratory's specimen collection site would qualify.

Under the demonstration, the face-to-face exclusion is defined as laboratory testing provided for POL patients, hospital inpatients, and hospital outpatients.

6.    **What is the purpose of applying the requirements of the Clinical Laboratory Improvement Amendments (CLIA) program to the demonstration?**

Section 302(b) of the MMA mandates that CLIA program requirements are applied to the demonstration project. Section 353 of the Public Health Service Act provides legislative authority for CLIA. The objective of the CLIA program is to ensure quality laboratory testing. All clinical laboratories must be properly certified to operate a clinical laboratory in the United States, and enrolled as providers to receive Medicare or Medicaid payments. http://www.cms.hhs.gov/CLIA/

7.    **What is meant by multiple winners?**

Section 302(b) of the MMA does not mandate any predetermined number of winning laboratories. The number of winning laboratories will be based on multidimensional criteria, such as quality, financial stability, demonstration test code bid price, capacity and geographic coverage in effort to ensure beneficiary access to high quality laboratory services.

8.    **What is meant by budget savings?**

Section 302(b) of the MMA requires the total amounts to be paid to contractors in a competitive acquisition area during the demonstration are expected to be less than the total amounts that would otherwise be paid under the Part B Clinical Laboratory Fee Schedule.

9.    **What is in the Report to Congress?**

The CMS submitted a preliminary Report to Congress on April 19, 2006, (as required by the MMA) summarizing the proposed design for the demonstration. The Report specifically addresses quality of care issues and beneficiary access to quality laboratory services, which will be a significant focus of both the selection criteria for the demonstration and its evaluation.

The Report describes the proposed criteria for the selection of sites, including the use of Metropolitan Statistical Areas (MSAs) to define the demonstration areas (consistent with how sites were defined under the DME demonstrations).

The Report is available to the public on the demonstration project website at: (http://www.cms.hhs.gov/DemoProjectsEvalRpts/MD/itemdetail.asp?filterType=

75

dual.%20data&filterValue=Upcoming%20Demonstrations&filterByDID=2&sort
ByDID=3&sortOrder=ascending&itemID=CMS1198949&intNumPerPage).

## Demonstration Test Codes

### 10. What test codes are included in the demonstration?

The demonstration will include clinical laboratory services paid under the clinical laboratory fee schedule for all Medicare Part B FFS beneficiaries who live in the demonstration area. The demonstration will set fees in the demonstration area for test codes paid under the Medicare Part B Clinical Laboratory Fee Schedule (CLFS) with both high volume and high payments nationally, with the exception of Pap smears and colorectal cancer screening tests, and new test codes added to the CLFS during the demonstration. A complete list of the test codes included in the demonstration is available as part of the bidding application (Section D) and in Table 1 of the Bidder's Package.

The approximately 300 tests codes on which laboratories must bid represent approximately 99 percent of the Medicare Part B CLFS based on both volume and payment nationally (in 2006).

### 11. What tests are excluded from the demonstration?

Pap smears and colorectal cancer screening tests, and new test codes added to the Medicare Part B CLFS during the demonstration are excluded.

Laboratory tests performed by physician office laboratories or by hospital laboratories for their own patients are also excluded.

Clinical laboratory services will continue to be paid under the existing clinical laboratory fee schedule for all Medicare Part B FFS beneficiaries who live outside the demonstration area. The project does not include Medicare payment for tests that are not included in the demonstration test code list, tests that are part of the ESRD payment bundle, or revenues from payers other than Medicare.

### 12. How does the demonstration affect Medicare coverage decisions?

Medicare coverage decisions are not affected by the demonstration. The MMA mandates a demonstration that applies competitive bidding to clinical laboratory services that would otherwise be paid under the Medicare Part B (FFS) clinical laboratory fee schedule (CLFS). The demonstration replaces the existing CLFS with a "demonstration fee schedule" that is competitively set for payment to participating laboratories providing laboratory services to beneficiaries residing within the CBA for the duration of the 3 year demonstration project. Therefore, all CMS coverage decision procedures and policies remain intact.

## Structure of the Demonstration

### 13. Which laboratories are required to bid?

Required bidders are defined as those organizations that expect to supply at least $100,000 annually in demonstration test codes to Medicare beneficiaries residing in the CBA during any year of the demonstration. Required bidders that bid and win will be paid under one competitively set demonstration fee schedule for services provided to beneficiaries residing in the CBA for the duration of the demonstration. See Questions 10 and 11 for tests included in/excluded from the demonstration.

### 14. Which laboratories are not required to bid?

The CMS will exempt small laboratories (those with less than $100,000 in annual Part B FFS demonstration tests in the competitive bidding area) from being required bidders. Those laboratories will be allowed to provide laboratory services to Medicare beneficiaries in the bidding area and will be paid under the demonstration fee schedule.

The CMS will exempt laboratories providing services exclusively to beneficiaries entitled to Medicare by reason of end-stage renal disease (ESRD) from being required bidders. Laboratories providing services exclusively to ESRD beneficiaries will not be required to bid, and will be paid at the demonstration fee schedule for demonstration test codes otherwise paid under the Medicare Part B CLFS. Tests that are paid as part of the ESRD payment bundle are excluded from the demonstration.

Also laboratories providing services exclusively to beneficiaries residing in nursing homes or receiving home health services in the CBA will not be required to bid, and will be paid at the demonstration fee schedule for demonstration test codes otherwise paid under the Medicare Part B CLFS.

### 15. Why is the demonstration dependent on where a Medicare (FFS) beneficiary resides?

The nature of the laboratory industry makes it possible to be located anywhere in the country and still be able to provide laboratory services to providers and/or patients in one particular CBA.

### 16. Are ESRD tests excluded from the demonstration? What is the basis for exempting these tests?

ESRD tests paid as part of the bundle payment are excluded from the demonstration. The MMA does not exempt ESRD clinical laboratory testing paid under the Medicare Part B FFS Clinical Laboratory Fee Schedule for ESRD beneficiaries from the demonstration.

However, laboratories providing testing exclusively to ESRD beneficiaries residing in the CBA will have the option to not bid and receive payment at the demonstration fee schedule amount. Under this provision, payment for demonstration test codes that are currently paid under the Medicare Part B CLFS will be paid under the demonstration fee schedule for ESRD beneficiaries residing in the CBA. These laboratories may choose to participate in the bidding process, however; in that case, all rules would then apply and they would have to win to receive payment under Medicare Part B for demonstration tests provided to ESRD beneficiaries residing in the CBA.

**17. What is the basis for exempting laboratories providing services exclusively to beneficiaries residing in nursing home or receiving home health services from being required bidders?**

In developing the demonstration design, CMS focused on protecting access to quality laboratory services for all Medicare beneficiaries, including vulnerable populations. CMS is exempting laboratories providing services exclusively to nursing facilities from being required bidders, thereby making it easier for nursing facilities to continue to provide continuity of care. In addition, laboratories providing both Medicare Part A and Part B laboratory services to nursing facilities would be able to continue existing business relationships. Laboratories would not be at risk of losing Medicare Part A business as a result of the demonstration and would be paid at the competitively set rate for demonstration tests otherwise paid under the Medicare Part B CLFS. Laboratories will also continue to receive payment for mileage, phlebotomy, and the existing payment under any schedule other than the Medicare Part B CLFS for those tests included in the demonstration.

**18. Each demonstration site will last three years. Does this mean that the bid prices submitted by the competing laboratories must be good for the entire three-year period?**

Yes.

**19. What does staggered start mean?**

The second demonstration site will be implemented a year after the implementation of the first demonstration site.

**20. Does CMS plan to build in some controls or design features to monitor and prevent bidders from exploiting their market positions?**

The CMS will be reviewing bids for elements of gaming and anti-trust. In addition, the demonstration will be monitored for the entire duration of the project, especially regarding quality, access, and unfair business practices.

78

**21. What was the basis for selecting the $100,000 threshold for mandatory participation?**

The CMS carefully considered the number of laboratories that would be required to bid if the threshold for bidding was set at $50,000, $100,000, or $200,000 in annual Medicare Part B revenue for demonstration tests provided to beneficiaries in various metropolitan statistical areas (MSAs) of the United States. On the basis of this analysis, we determined that if all laboratory firms with more than $100,000 in annual Medicare Part B revenue for demonstration tests provided to beneficiaries enrolled in FFS in an MSA were required to bid, we could expect bids from between 10 and 13 laboratory firms in each of the geographic areas under consideration.

**22. Are there predetermined numbers of bidders or winners?**

No.

**23. What are the incentives for "passive" laboratories to participate?**

If all laboratories were allowed to participate regardless of whether or not they have submitted winning bids, no laboratory would have an incentive to bid efficiently. In addition, if only the very largest laboratories were required to bid, the competitively set fee schedule would be driven by only those large (often nationally operated) laboratories. Therefore, we have attempted to design the demonstration so as to ensure healthy competition among the largest possible number of laboratory firms, while affording smaller firms the opportunity to continue providing services in the defined competitive bidding area (CBA).

Some small businesses may view the demonstration as an opportunity to gain in market share. We are allowing non-required bidders to make the business decision to bid, or not bid and receive the fees (with restrictions) that are competitively set under the demonstration.

## Demonstration Site(s)

**24. How were the sites selected?**

The fundamental criteria for the demonstration sites proposed allow for potential Medicare program savings from the demonstration, are administratively feasible, are representative of the laboratory market, and will yield demonstration results that can be generalized to other MSA.

We selected an MSA that is located within a single State because MSAs that cross state boundaries increase administrative costs when two carriers and two fiscal intermediaries are responsible for administering claims for the MSAs.

79

The recommended MSAs have a moderately large Medicare population, with neither very low nor very high Medicare-managed care penetration.

## Bidding

**25. How will laboratories know what zip codes to bid on? Can labs submit bids based on specific zip codes?**

The demonstration area is approximately equal to a metropolitan statistical area (MSA). In effort to easily and clearly identify the demonstration area, CMS will provide a list of the zip codes that make up the MSA. The specific list of zip codes that make up the MSA is referred to as the competitive bidding area (CBA).

The CMS will select multiple laboratories based on the competitive prices submitted and non-price criteria such as: quality, capacity, financial stability, and geographic coverage information provided in the application. The multi-dimensional selection process also allows for enough capacity that should a laboratory discontinue participation in the demonstration, beneficiary access to quality laboratory services would not be impacted. Laboratories participating in the demonstration must be CLIA certified and a Medicare enrolled supplier.

Geographic coverage is one element of the application. The application asks laboratories to identify the geographic areas they currently serve within the CBA. For example, a laboratory may indicate the entire CBA, county or counties within the CBA, or specific zip codes. The application also allows a laboratory to indicate whether or not there is interest in or capacity to expand service to additional areas under the demonstration.

The bid price submitted for each demonstration test HCPCS code is the bid price for the entire CBA. Bid prices from winning laboratories will be used to set the one and only demonstration fee schedule for the CBA.

**26. Will collusion and/or anticompetitive behavior be monitored?**

Bidding behavior will be subject to anti-trust laws and regulations prohibiting collusion or anticompetitive behavior (under the jurisdiction of the Federal Trade Commission and the Department of Justice).

**27. What is the process for bidding?**

The CBA and the date of a Bidder's Conference were announced in a Federal Register Notice and CMS press release disseminated using various CMS listservs (see question 47). The final Bidder's Package is available to the public. The "Bidder's Conference" is planned for potential bidders to learn about the rules and ask questions about the bidding process.

There will be a single bidding competition covering all demonstration test codes. Bidders will be required to complete the bid table provided in the application (Section D) -- submitting a bid price for each Health Care Procedure Coding System (HCPCS) code in the demonstration test menu. Bidding laboratories will be asked to identify demonstration test codes that they do not perform, and will be asked to explain their plans for responding to requests for demonstration test codes that they do not perform in house (e.g., subcontracting and referrals). As part of their bid, laboratories will provide information on ownership, location of affiliated laboratories and drawing stations, CLIA certification, and quality.

**28. What is the proposed timeline?**

- ➢ Bidder's Conference will be held in San Diego-Carlsbad-San Marcos metropolitan area on December 5, 2007.
- ➢ Bids due by February 15, 2008.
- ➢ Winners selected on April 11, 2008.
- ➢ Payments made under the demonstration by July 1, 2008.

**29. Will the bidding package be available to the public?**

Project materials are available to the public on the demonstration project website at:

(http://www.cms.hhs.gov/DemoProjectsEvalRpts/MD/itemdetail.asp?filterType=dual,%20data&filterValue=Upcoming%20Demonstrations&filterByDID=2&sortByDID=3&sortOrder=ascending&itemID=CMS1198949&intNumPerPage).

**30. Will the completed applications be made public? Will the bids be made public? Are applications that were submitted accessible to the public through the Freedom of Information Act (FOIA)?**

No. All applicant information will be protected and can not be obtained through the FOIA process. Applications will not be made public. Any information or data about the demonstration project released by CMS or its contractors will be in aggregate and non-identifiable.

**31. What is the definition of "gaming?"**

Gaming is defined as unrealistic bidding in an attempt to gain an advantage in the bidding evaluation. An example of gaming is "low-balling." Each bid--both on a composite basis and by individual HCPCS code-defined test—will be compared to standards such as the average bid, the median bid, the distribution of bids, and the current Medicare Part B CLFS. Extreme, outlying, and unrealistic bid prices will be identified and subject to further scrutiny. A bidder who is determined to be gaming may be disqualified.

81

**32. Can a laboratory that does not perform all tests in-house continue to send out those tests?**

Specimens can be referred to any CLIA certified laboratory for testing. However, under the demonstration, only winning and passive laboratories may directly bill Medicare. The "70/30 rule" which requires laboratories to perform in-house at least 70 percent of what is billed to Medicare, and refer or send out no more than 30 percent of what is billed to Medicare continues to apply under the demonstration.

**33. What happens if a laboratory typically uses a reference laboratory that is a non-winning laboratory under the demonstration?**

A non-winning laboratory may not directly bill Medicare under the demonstration. Reference laboratories that do not bill Medicare directly may continue to perform demonstration tests under arrangement with a winning or passive laboratory for FFS beneficiaries residing in the CBA.

In addition, the existing "70/30 rule" that requires 70 percent of testing billed to Medicare by a laboratory must be performed by that laboratory is applicable.

The demonstration does not impact laboratories providing and billing for services to beneficiaries in Medicare Advantage plans, to Medicare beneficiaries residing outside the CBA, and to non-Medicare patients.

**34. What happens if a required bidder does not bid or does not win?**

A required bidder must bid and win to directly bill Medicare for demonstration test codess provided to a beneficiary enrolled in FFS and residing in the CBA. A required bidder that chooses not to bid or does not win may perform demonstration tests for a beneficiary enrolled in FFS and residing in the CBA, however only a winning or passive laboratory may bill Medicare directly for those services.

**35. What is the bid process given the following scenario: A bidder that performs in-house the top 100 demonstration test codes by volume, and refers out the other demonstration test codes to be performed by reference lab(s)?**

The approximately 300 tests codes on which laboratories must bid represents almost all of the Medicare Part B CLFS based on volume and revenue nationally. Each bid will be evaluated on the composite of prices for the full list of demonstration test codes. In evaluating the bid, bid prices for each HCPCS and ATP code will be weighted by their market volumes (provided for you in Section D, question 4, Column C of the application form). A bidder must provide bid price for all demonstration test codes, including prices for tests that it refers out.

36. **What is the bid process given the following scenario: A laboratory performs one single demonstration test code in-house.**

Bidders must provide a bid price for each demonstration test code. A required bidder that chooses not to bid or does not win may perform demonstration tests for a beneficiary enrolled in FFS and residing in the CBA, however only a winning or passive laboratory may directly bill Medicare for those services. A laboratory with a limited test menu may bid, but can also consider being a subcontractor/reference laboratory for other laboratories that are bidding. Small laboratories that are exempt from being required bidders may continue to perform and bill Medicare for demonstration tests for beneficiaries enrolled in FFS and residing in the CBA and will be paid under the competitively set demonstration fee schedule (subject to an annual cap on revenues for demonstration test codes).

37. **What is the bid process given the following scenario: The bidder performs all demonstration test codes in-house.**

Bidders must provide a bid price for each demonstration test code listed in the Bid Table.

38. **What is the bid process given the following scenario: A laboratory organization submits its own bid under the demonstration and is also named as a reference laboratory on another organization's application.**

This is allowed under the demonstration. A laboratory may be both a bidder and a reference laboratory for another bidder.

39. **What is the bid process given the following scenario: One laboratory organization submits two applications with different reference labs/subcontractors for each bid.**

This is not allowed under the demonstration. Each organization may submit only one application.

40. **What is the bid process given the following scenario: Two laboratories are affiliated and under common ownership. Each submits a bid under the demonstration.**

This is not allowed under the demonstration. Laboratories that are under common ownership or control must submit a single application.

41. **What is the bid process given the following scenario: A laboratory submits a bid and also applies for passive laboratory status.**

This is not allowed under the demonstration. The application requires a laboratory to identify itself as one of the following: a required bidder submitting a bid, a

83

required bidder not submitting a bid, a non-required bidder submitting a bid, or a non-required bidder not submitting a bid

**42. What is the bid process given the following scenario: A laboratory designating passive status under the demonstration is included as a reference laboratory on another laboratory's application?**

This is allowed under the demonstration. A laboratory identifying itself as qualifying for passive status may choose not to bid and may be included as a reference laboratory on another laboratory's application.

**43. What is the bid process given the following scenario: A laboratory is bid as a reference laboratory on multiple applications?**

This is allowed under the demonstration. A laboratory may be bid as a reference laboratory on multiple applications.

## Application Evaluation Process

**44. Who is responsible for reviewing and evaluating the bidding application form?**

A panel of technical staff from CMS, RTI and Palmetto GBA will make up a Bid Evaluation Panel responsible for reviewing each of the eligible bids. BEP members will have expertise in CMS program, policy or operations specifically relating to clinical laboratory issues, CLIA, Medicare, competitive bidding and acquisition, health care economics and CMS claims payment systems.

BEP members are legally held to CMS privacy, confidentiality, and ethics rules, and will sign an additional agreement that specifically addresses the confidentiality of all information provided on all applications submitted, and to protect the applications overall.

**45. What is the basic process for evaluating the applications?**

In Stage One, the BEP will identify applicants who are eligible bidders. Ineligible applicants will be notified by CMS and will have an opportunity to appeal the decision (within 7 days of notification from CMS).

In Stage Two, a composite bid price for each eligible bidder will be calculated. The composite bid is a single price that is calculated for each bidder by RTI and is the average of a bidder's prices for each demonstration test code weighted by each test code's weight.

Stage Three will determine the financially competitive range of composite bid prices for the demonstration and the eligible bidders who are in the financially competitive range. The financially competitive range will be based on the bidder's

composite bid prices, their laboratory test capacity, and the projected demand for demonstration test codes in the competitive bid area. A composite bid is considered financially competitive if it is equal to or less than the cutoff price.

In Stage Four, the BEP will recommend to CMS the winning applicants determined to offer the best value for the Medicare program based on price and non-price criteria.

In Stage Five, bidders recommended by the BEP to CMS will be offered a contract defining the terms and agreements – a legally binding agreement required for participation in the demonstration project.

**46. How will CMS ensure that beneficiaries will have access to laboratory services?**

To ensure access for beneficiaries and providers, the BEP will select multiple winners. It will analyze geographic coverage of the CBA by laboratories that fall into the financially competitive range, the availability of the demonstration test codes, and the ability to provide or arrange for needed services in the CBA. Under the demonstration, although non-winning laboratories will not be allowed to bill Medicare directly for demonstration test codes, they will be allowed to subcontract with participating laboratories to perform demonstration test codes, which will further safeguard access. Also, laboratories serving exclusively ESRD beneficiaries or beneficiaries who are residents of nursing homes or receiving home health services may continue to provide such services without bidding.

Access will also be measured as part of the evaluation of the demonstration.

## Winning Laboratories

**47. What kinds of terms and conditions will winning laboratories be expected to agree to?**

Laboratories will be required to meet the requirements described in the Bidder's Package, but the terms and conditions are not yet final. The final terms and conditions will be agreed to prior to contract award and implementation, as with other demonstration projects.

The terms and conditions for participation in the demonstration will include acceptance of competitively set fees for demonstration test codes, as well as performance measurement in addition to compliance with CLIA standards. In order to protect beneficiaries, bidders will not be allowed to select beneficiaries who require less service.

**48. What happens when a bidder has been declared a winner of the bidding competition, however its bid includes a reference laboratory that is a non-winner?**

Any CLIA certified laboratory can act as a subcontractor/reference laboratory to winning and passive laboratories under the demonstration, including non-winning laboratories. Thus, a non-winning laboratory can be a reference laboratory for a winning laboratory under the demonstration. However, only winning and passive laboratories will be able to bill Medicare directly. Non-winning laboratories will not be able to directly bill Medicare for demonstration test codes provided to beneficiaries enrolled in FFS and residing in the CBA.

There will be only one round of bidding under the demonstration. Winning bidders under the demonstration and the demonstration test fee schedule will be determined from the original bid submissions. All demonstration test codes will be paid at the single demonstration fee schedule during the demonstration period.

**49. What happens when a bidder has been declared a winner of the bidding competition, but this laboratory was also included as a reference laboratory for a non-winning bidder?**

Winning or non-winning status under the demonstration is not conferred on reference or subcontracting laboratories on an application. Winning or non-winning status is determined only for applicants. Therefore, if a laboratory organization that is a winner is named as a reference laboratory or subcontractor on a non-winning application, that laboratory will have winning status under the demonstration.

**50. What happens when a bidder has passive laboratory status under the demonstration, but this laboratory was also included as a reference laboratory for a non-winning applicant?**

A laboratory with passive laboratory status under the demonstration may participate as a reference laboratory on bid applications. The applicant is the entity that will be declared a winner or non-winner under the demonstration. Winning or non-winning status under the demonstration is not conferred on reference or subcontracting laboratories on an application. Winning or non-winning status is determined only for applicants. Therefore, if a laboratory organization that has passive laboratory status under the demonstration is named as a reference laboratory or subcontractor on a non-winning bid, that laboratory will have passive laboratory status under the demonstration.

**51. What happens when a laboratory is declared a non-winner for its application and is included as a reference laboratory on another winning application?**

A winning or passive laboratory can send out to or contract with any CLIA certified laboratory serving the CBA (including non-winning laboratories). A winning or passive laboratory may directly bill Medicare for demonstration test codes provided to beneficiaries enrolled in FFS and residing in the CBA, however

a non-winning laboratory may not directly bill Medicare for demonstration test codes provided to beneficiaries enrolled in FFS and residing in the CBA.

**52. How will providers, physicians and beneficiaries know which laboratories are winning laboratories participating in the demonstration?**

The CMS will provide a directory of participating laboratories that will be made available through mailings, websites, listservs, carriers and fiscal intermediaries. The directory will also provide contact information for assistance.

**53. Is it permissible under the demonstration to refer specimens to any winning/passive laboratory? Does that include laboratories located inside or outside the CBA?**

Yes. Multiple winning laboratories will be selected based on price and non-price criteria (such as quality, capacity, and geographic coverage). All winning laboratories will be CLIA certified and enrolled in Medicare. All laboratories will be paid the same price for each test code, however non-winning laboratories are not permitted to bill Medicare directly. Laboratories, physicians and beneficiaries will have the choice of selecting from any of the participating laboratories regardless of location.

## Non-winning Laboratories

**54. Can non-winning laboratories provide services to Medicare beneficiaries?**

Under the demonstration, a laboratory must be either a winning laboratory or passive laboratory to bill Medicare directly for services to beneficiaries residing in the CBA. A non-winning laboratory cannot bill Medicare directly but can act as a subcontractor/reference laboratory to winning and passive laboratories under the demonstration. Non-winning laboratories can continue to receive payment directly from Medicare for testing provided to beneficiaries residing outside the CBA and who are therefore not subject to the demonstration.

**55. Can laboratories bill patients for laboratory services?**

Under Medicare, a laboratory may not bill a beneficiary for covered laboratory tests.

**56. Can a laboratory refer tests for a beneficiary residing in the CBA to a non-winning laboratory?**

Yes. A non-winning laboratory can act as a subcontractor/reference laboratory for winning and passive laboratories. However, the non-winning laboratory cannot bill Medicare directly for services to a beneficiary residing in the CBA.

## Passive Laboratories

### 57. What is a "passive" laboratory?

A passive laboratory is a laboratory that is not required to bid in order to participate in the demonstration. Small business laboratories, laboratories providing services exclusively to beneficiaries entitled to Medicare by reason of end-stage renal disease (ESRD), and laboratories providing services exclusively to beneficiaries residing in nursing homes or receiving home health services are exempt from being required bidders.

Under the demonstration, a small business laboratory is defined as one that bills for less than or equal to $100,000 in annual Medicare payment for beneficiaries residing in the CBA. Under the demonstration, laboratories meeting that definition have the option of not bidding and participating in the demonstration but being held to an annual limit or cap of $100,000 in annual Medicare payment for beneficiaries residing in the CBA.

Under the demonstration, an ESRD laboratory is defined as one that provides services exclusively to beneficiaries receiving Medicare benefits based on their diagnosis of ESRD who reside in the CBA. Under the demonstration, laboratories meeting this definition have the option of not bidding and participating in the demonstration but being limited to providing services to only ESRD beneficiaries.

Under the demonstration, laboratories providing services exclusively to nursing facilities are exempt from being required bidders, thereby making it easier for nursing facilities to continue to provide continuity of care. In addition, laboratories providing both Medicare Part A and Part B laboratory services to nursing facilities would be able to continue existing business relationships. Laboratories would not be at risk of losing Medicare Part A business as a result of the demonstration and would be paid at the competitively set rate for demonstration test codes otherwise paid under the Medicare Part B CLFS. Laboratories will also continue to receive payment for mileage, phlebotomy, and the existing payment under any schedule other than the Medicare Part B CLFS for those tests included in the demonstration.

### 58. What are the other options for laboratories that meet the definition for "passive?"

A laboratory that is not required to bid under the demonstration rules has the option to participate in the bidding process. However, all bidding rules would apply. Any laboratory that bids and does not win in the bidding competition is classified as a non-winner under the demonstration.

59. **What happens if a passive laboratory exceeds its limitation?**

The CMS will monitor passive laboratories to ensure caps or limits are not exceeded. Any passive laboratory exceeding the revenue or population restriction will not be allowed to continue participation in the demonstration for the remainder of the demonstration period.



60. **Does a laboratory that provides services to a skilled nursing home (SNF) qualify as an exempt or passive laboratory?**

Laboratories providing services exclusively to nursing facilities are exempt from being required bidders. In addition, laboratories providing both Medicare Part A and Part B laboratory services to nursing facilities would be able to continue existing business relationships. Laboratories would not be at risk of losing Medicare Part A business as a result of the demonstration and would be paid at the competitively set rate for demonstration test codes otherwise paid under the Medicare Part B CLFS. Laboratories will also continue to receive payment for mileage and phlebotomy services.

The demonstration covers clinical laboratory services paid under Medicare Part B Clinical Laboratory Fee Schedule (CLFS). Laboratory services provided to beneficiaries that do not reside in the SNF and paid under Medicare Part A are exempt from the demonstration. Laboratory services provided to beneficiaries that reside in a SNF are covered by Medicare Part B and therefore included in the demonstration project. A laboratory that provides Medicare Part B laboratory services to SNF residents may qualify as a passive laboratory if it meets the requirements identified in question 57.

## Beneficiary Outreach and Provider Education

61. **How will beneficiaries know which laboratory or specimen collection station to go to? How will physicians and referring laboratories know which laboratory to send specimens/patients to?**

A directory of participating laboratories will be distributed both in hard copy (within the CBA) and electronically. The demonstration project hotline will also have that information available.

62. **Where can beneficiaries, physicians, or laboratories call to get information about the demonstration?**

There is a toll free help line established 1-866-613-9348 and a project website at Information about the Medicare Clinical Laboratory Services Competitive Bidding Demonstration project can be found at:

http://www.cms.hhs.gov/DemoProjectsEvalRpts/MD/itemdetail.asp?filterType=d
ual.%20data&filterValue=Upcoming%20Demonstrations&filterByDID=2&sortB
yDID=3&sortOrder=ascending&itemID=CMS1198949&intNumPerPage

**63. Where can beneficiaries, physicians, or laboratories call if there is a concern about the quality a laboratory?**

Complaints about a participating laboratory can be directed to the project hotline **1-866-613-9348** the CMS Regional Office or State agency, or the project e-mail box.

- http://www.cms.hhs.gov/RegionalOffices/
- http://www.cms.hhs.gov/ContactCMS/
- Lab_Bid_Demo@cms.hhs.gov

Any additional questions from laboratories regarding the demonstration project may be addressed to: **lab-demo@rti.org**.

## APPENDIX B
## GLOSSARY OF TERMS

**Bid Evaluation Panel –** The panel of individuals that will be responsible for reviewing the bidding application forms and providing recommendations for winners to CMS.

**Common Ownership –** Laboratories with the same owner or managing organization.

**Competitive Bidding Area–** Site selected for the Medicare Clinical Laboratory Competitive Bidding Demonstration Project.

**Composite Bid Price –** A single price calculated for each bidder as a weighted average bid price. It is based on the calculated test code weights and the bid prices submitted by the laboratories.

**Current Annual Volume –** The number of tests provided in a calendar year by the applicant to residents of the CBA.

**Demonstration Tests –** test codes meeting all of the following criteria:

- Only tests corresponding to HCPCS and ATP codes contained in the Medicare Medicare Part B Clinical Laboratory Fee Schedule with <u>both</u> high volume and high payments nationally, except for Pap smear tests, colorectal cancer screening tests, and new tests during the demonstration, are included in the demonstration.

- For a given CBA and a given year of the demonstration, only tests provided to Medicare Part B beneficiaries residing in the CBA during the year are included in the demonstration.

- Only tests provided by independent laboratories, by hospital laboratories for hospital non-patients, or by physician office laboratories for physician non-patients are included in the demonstration.

**Face-to-Face Encounter –** The MMA excludes laboratory tests performed by physician office laboratories or by hospital laboratories for their own patients. Independent laboratory testing and outreach and/or non-patient services provided by a hospital or physician office laboratory (where a laboratory functions as an independent laboratory) are eligible for participation under the demonstration. A laboratory's drawing station would not qualify for the MMA "face-to face-encounter."

**Financially Competitive Range –** Range from which the bid winners will be selected.

**Managing Organization -** Any person or organization that exercises operational or managerial control over the supplier, or conducts the day-to-day operations of the

supplier is a managing organization and must be reported. The person or organization need not have an ownership interest in the provider in order to qualify as a managing organization. The managing organization could be a management services organization under contract with the supplier to furnish management services for this location.

**Maximum Annual Capacity** - The maximum number of tests that could be provided during the first demonstration year to residents of the CBA. When estimating this capacity please include any additional capacity that will be available due to expansion plans or new subcontracting agreements.

**Non-required Bidder** – A laboratory firm that will supply less than $100,000 annually in demonstration test codes during the demonstration.

**Passive Laboratory** – Passive laboratories are those laboratories that are non-required bidders that choose not to bid. Passive status can be obtained either through small business status, ESRD status, or Nursing Home/Home Health status. Small business passive laboratories will be able to bill a maximum annual payment ($100,000) from Medicare during the demonstration period for demonstration test codes. If a small business passive laboratory supplies more than this maximum during a demonstration year, then they will be prohibited from billing Medicare directly under the demonstration for its remainder.

**Organ or Disease Oriented Panels** – These panels were developed by the American Medical Association (AMA) for coding purposes only and should not be interpreted as clinical parameters. The tests listed with each panel identify the defined components of that panel. These panel components are not intended to limit the performance of other tests.

**Reservation Composite Bid Price**– A composite bid price established to be less than the composite bid price implied by the Medicare Part B Clinical Laboratory Fee Schedule. Any bid above the reservation bid will not be in the competitive range.

**Required Bidder** – A laboratory firm that will supply at least $100,000 in demonstration test codes annually provided to beneficiaries enrolled in Medicare FFS residing in the demonstration area during the demonstration.

**Supplied Tests** – Tests that a laboratory bills Medicare for. Note that during the demonstration, non-winning laboratories will not be able to bill Medicare directly for demonstration test codes.

**Test Code Weight** - The weight given to the test code in determining an applicant's composite bid price. The weights for the demonstration test codes are based on each test code's share of total expected demonstration volume and are used to form a single composite bid for the bidder.

## INDEX

Access, 4, 12, 28, 29, 37, 58, 59, 63, 72, 75, 78, 80, 85

ATP, 5, 6, 7, 8, 9, 10, 19, 20, 21, 22, 23, 24, 25, 26, 28, 29, 60, 68, 69, 82, 91

Bid Evaluation panel, 16, 32, 51, 52, 58, 59, 60, 61, 84, 85

Bid Price Table, 26, 27, 28, 29, 30, 53

Bidder's Conference, 64, 70, 80, 81

Bidding Status, 13, 15, 17, 52

Capacity, 38, 39, 47, 48, 54, 55, 57, 58, 59, 60, 75, 80, 85, 87, 92

Carriers, 63, 64, 67, 79, 87

CBA, 5, 11, 12, 13, 14, 15, 16, 19, 20, 21, 22, 23, 24, 25, 26, 27, 29, 34, 35, 36, 37, 38, 39, 40, 41, 43, 44, 45, 47, 48, 53, 58, 59, 60, 64, 65, 67, 70, 73, 76, 77, 78, 79, 80, 82, 83, 85, 86, 87, 88, 89, 91, 92

CLFS, 4, 5, 14, 28, 53, 67, 69, 76, 77, 78, 81, 82, 88, 89

CLIA, 4, 36, 39, 40, 43, 44, 46, 48, 51, 52, 59, 60, 66, 70, 71, 74, 75, 80, 81, 82, 84, 85, 86, 87

Common Ownership, 35, 36, 52, 72, 83

Composite Bid, 19, 26, 28, 32, 38, 53, 54, 55, 57, 58, 62, 84, 85, 92

Current Annual Volume, 91

Cutoff Price, 54, 55, 58, 85

Deadline and Submission, 39

Demonstration Area, 1, 10, 11, 13, 45, 76, 80, 92

Demonstration Test, 5, 10, 13, 14, 15, 16, 18, 19, 27, 32, 34, 37, 38, 46, 48, 52, 53, 54, 58, 59, 67, 72, 75, 76, 77, 78, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 92

Education, 63

Eligibility, 51, 52

E-mail, 53, 64, 90

ESRD, 5, 14, 16, 60, 71, 76, 77, 78, 85, 88, 92

Expansion, 38, 39, 47, 58, 60, 92

Face-to-Face, 4, 5, 71, 74, 75

Fact Sheets, 63, 64, 65, 70

Financially Competitive Range, 54, 58, 59, 61, 84, 85

Fiscal Intermediary, 68

Freedom of Information Act, 51, 72, 81

Gaming, 58, 59, 60, 61, 72, 78, 81

HCPCS, 5, 6, 7, 8, 9, 10, 19, 20, 21, 22, 23, 24, 25, 26, 28, 29, 34, 38, 39, 40, 45, 48, 54, 56, 60, 69, 80, 81, 82, 91

Market, 4, 19, 38, 71, 78, 79, 82

Maximum Annual Capacity, 48, 92

Medicare Beneficiaries, 14, 15, 34, 37, 38, 39, 46, 47, 51, 60, 66, 73, 77, 78, 82, 87

MedLearn, 64

MMA, 4, 5, 74, 75, 76, 77, 91

Non-Patients, 5, 34, 47, 91

Non-Price Criteria, 58, 59, 61, 80, 85, 87

Non-Required Bidders, 13, 15, 35, 79, 92

Non-Winners, 67

Nursing Home, 14, 16, 60, 71, 73, 78, 89

Objectives, 4

Operational Policies, 66

Outreach, 5, 47, 63, 91

Passive Laboratory, 15, 16, 18, 72, 73, 82, 83, 86, 87, 88, 89, 92

Quality, 4, 35, 36, 38, 42, 58, 59, 61, 63, 66, 67, 73, 74, 75, 78, 80, 81, 87, 90

Reconsideration, 62

Reference Laboratory, 12, 13, 18, 28, 38, 47, 67, 72, 73, 82, 83, 84, 85, 86, 87

Required Bidders, 13, 35, 71, 77, 78, 83, 88, 89

Reservation Composite Bid Price, 92

Small Business, 13, 14, 16, 88, 92

Subcontract, 13, 16, 28, 46, 85

Subcontractor, 12, 18, 38, 47, 67, 83, 86, 87

Supplied Tests, 92
Test Code Weights, 19, 26, 27, 28, 53, 69, 91
Website, 28, 32, 33, 63, 64, 65, 66, 75, 81, 89

Winners, 16, 34, 58, 71, 75, 79, 81, 85, 91
Winning, 10, 12, 13, 15, 16, 59, 60, 62, 67, 70, 72, 73, 75, 79, 80, 82, 83, 85, 86, 87, 92
Zip Codes, 10, 34, 45, 72, 80