JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
KAREN P. HEWITT
United States Attorney
SHEILA LIEBER
Deputy Director
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel.  (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP HEALTHCARE; INTERNIST LABORATORY; AND SCRIPPS HEALTH, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | Case No. 08 CV 0170 W Por <br><br> **JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** <br><br><br> HONORABLE THOMAS J. WHELAN |

COME NOW THE PARTIES, Plaintiffs Sharp Healthcare, Internist Laboratory, and Scripps Health, by and through their counsel, Patric Hooper, and Defendant Michael Leavitt, by and through his counsel, Jeffrey S. Bucholtz, Acting Assistant Attorney General, Karen P. Hewitt, United States Attorney, Sheila Lieber, Deputy Director, and Kathryn L. Wyer, Trial Attorney, and hereby jointly move the Court to extend the time in which Defendant may file an Answer or otherwise respond to plaintiffs' Complaint, in view of the following.

Defendant's Answer or other response to plaintiffs' Complaint is currently due on March 31, 2008.  On February 14, 2008, the Court issued an Order to Show Cause Why This Case Should Not Be Dismissed for lack of subject matter jurisdiction.  Briefing in response to that

1  Order is complete as of March 14, 2008.  Meanwhile, plaintiff has filed a Motion for Preliminary
2  Injunction with a hearing date set for April 7, 2008.  Because the Court's ruling on subject matter
3  jurisdiction remains pending, and in light of the ongoing briefing related to plaintiff's pending
4  motion for a preliminary injunction, the parties agree that no undue delay or prejudice will result
5  from postponing the Answer or other response to the Complaint until these preliminary issues are
6  resolved.  Moreover, should Defendant respond to the Complaint by filing a motion pursuant to
7  Fed. R. Civ. P. 12(b) while the aforementioned jurisdictional and preliminary injunction issues
8  remain pending, briefing on that motion would most likely unnecessarily duplicate, to a large
9  extent, briefing already taking place.  For these reasons, the parties ask that the deadline for filing
10 an Answer or other response be extended until 30 days after the jurisdictional issues are resolved,
11 or such other time as the Court may deem appropriate.

12     For the foregoing reasons the parties hereby jointly move the Court to extend the time in
13 which Defendant may Answer or otherwise respond to Plaintiffs' Complaint until 30 days after
14 the Court issues a ruling on subject matter jurisdiction, or such other time as the Court may deem
15 appropriate.

17 DATED:     March 14, 2008              /s Kathryn L. Wyer
                                          KATHRYN L. WYER
18                                        Attorney for Defendant

19            March 14, 2008              /s Patric Hooper
                                          PATRIC HOOPER
20                                        Attorney for Plaintiffs

1  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
2  of the United States District Court for the Southern District of California, I certify that the
3  content of this document is acceptable to counsel for the Plaintiffs and that I have obtained
4  authorization from Patric Hooper to affix his electron signature to this document.

6  DATED: March 14, 2008                        /s Kathryn L. Wyer
                                                KATHRYN L. WYER
7                                               Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP HEALTHCARE; INTERNIST LABORATORY; AND SCRIPPS HEALTH,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | Case No. 08 CV 0170 W (POR)<br><br>**CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

IT IS HEREBY CERTIFIED that:

I, Kathryn L. Wyer, am a citizen of the United States over the age of eighteen years and a resident of the District of Columbia; my business address is 20 Massachusetts Ave., Washington, DC 20530; I am not a party to the above-entitled action.

I have caused service of the following document(s) on the parties indicated below by electronically filing said document(s) with the Clerk of the District Court using its ECF System, which electronically notifies them:

DOCUMENT(S) SERVED:

**JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

PARTIES ON WHOM SERVED:

    Plaintiffs, by and through their counsel of record, Patric Hooper,
    phooper@health-law.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2008.

                                                          s/ Kathryn L. Wyer
                                                          KATHRYN L. WYER