JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
KAREN P. HEWITT
United States Attorney
SHEILA LIEBER
Deputy Director
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP HEALTHCARE; INTERNIST LABORATORY; AND SCRIPPS HEALTH,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 08 CV 0170 W Por<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date: April 7, 2008<br>Time: 10:30 a.m.<br>Courtroom: 7<br><br>HONORABLE THOMAS J. WHELAN |

Defendant respectfully submits this notice of supplemental authority to advise the Court of a decision recently issued by the United States District Court for the Northern District of California in Santa Cruz County v. Leavitt, Civ. No. 07-2888 (N.D. Cal. Mar. 11, 2008). In that case, the court held that the Medicare Act's statutory bar on judicial review in 42 U.S.C. § 1395w-4(i)(1) encompassed plaintiffs' challenges to Medicare Part B fee schedule area determinations, and thus deprived the court of subject matter jurisdiction. The decision provides supplemental authority in support of defendant's response to the Court's Order to Show Cause (dkt. #16), in which defendant argues that the statutory bar set forth in 42 U.S.C. § 1395w-

Defendant's Notice of Supplemental Authority                                                                      08cv0171 W POR

1  3(b)(10) should be similarly understood, in keeping with Congress' intent, as encompassing

2  plaintiffs' claims and thus mandating dismissal for lack of subject matter jurisdiction.  A copy of

3  the Santa Cruz decision is attached for the Court's convenience.

5  DATED: March 17, 2008                             Respectfully Submitted,

6                                                                        JEFFREY S. BUCHOLTZ
                                                                              Acting Assistant Attorney General
7                                                                        KAREN P. HEWITT
                                                                              United States Attorney
8                                                                        SHEILA LIEBER
                                                                              Deputy Director

10                                                                      /s/   Kathryn L. Wyer
                                                                              KATHRYN L. WYER
                                                                              U.S. Department of Justice, Civil Division
11                                                                      20 Massachusetts Avenue, N.W.
                                                                              Washington, DC  20530
12                                                                      Tel.  (202) 616-8475 / Fax (202) 616-8470
                                                                              kathryn.wyer@usdoj.gov
13                                                                      *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SHARP HEALTHCARE; INTERNIST LABORATORY; AND SCRIPPS HEALTH,

  Plaintiffs,

v.

MICHAEL LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,

  Defendant.

Case No. 08 CV 0170 W (POR)

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

IT IS HEREBY CERTIFIED that:

I, Kathryn L. Wyer, am a citizen of the United States over the age of eighteen years and a resident of the District of Columbia; my business address is 20 Massachusetts Ave., Washington, DC  20530; I am not a party to the above-entitled action.

I have caused service of the following document(s) on the parties indicated below by electronically filing said document(s) with the Clerk of the District Court using its ECF System, which electronically notifies them:

DOCUMENT(S) SERVED:

   - Defendant's Notice of Supplemental Authority

PARTIES ON WHOM SERVED:

   Plaintiffs, by and through their counsel of record, Patric Hooper,
   phooper@health-law.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2008.

                              s/ Kathryn L. Wyer
                              KATHRYN L. WYER