# EXHIBIT A

**Summary of changes since the July 16th Open Door Forum**

Changes were made to the demonstration design since the July 16th Open Door Forum in response to public comment on the draft Bidder's Package. Those changes are:

1) Laboratories providing services exclusively to beneficiaries residing in nursing homes or receiving home health services in the competitive bidding area will not be required to bid, but will be paid at the demonstration fee schedule for demonstration tests otherwise paid under the Part B Clinical Laboratory Fee Schedule.

2) A non-winning laboratory may serve as a reference laboratory to laboratories participating in the demonstration; however, they would not be allowed to bill Medicare directly for demonstration tests performed for Medicare fee-for-service beneficiaries residing in the competitive bidding area.

3) Laboratories must bid on 303 Health Care Procedure Coding System codes. These test codes represent the top 99 percent of the tests paid under the Part B Clinical Laboratory Fee Schedule based on volume and payment in 2006.