# EXHIBIT B

**Table 1**
**List of Demonstration Test Codes**

| HCPCS/ATP | HCPCS Test Description | HCPCS/ATP | HCPCS Test Description |
|---|---|---|---|
| 36415 | Routine venipuncture | 82307 | Assay of vitamin D |
| 80074 | Acute hepatitis panel | 82310 | Assay of calcium |
| 80100 | Drug screen, qualitate/multi | 82330 | Assay of calcium |
| 80101 | Drug screen, single | 82340 | Assay of calcium in urine |
| 80102 | Drug confirmation | 82374 | Assay, blood carbon dioxide |
| 80154 | Assay of benzodiazepines | 82378 | Carcinoembryonic antigen |
| 80156 | Assay, carbamazepine, total | 82384 | Assay, three catecholamines |
| 80158 | Assay of cyclosporine | 82390 | Assay of ceruloplasmin |
| 80162 | Assay of digoxin | 82435 | Assay of blood chloride |
| 80164 | Assay, dipropylacetic acid | 82465 | Assay, bld/serum cholesterol |
| 80178 | Assay of lithium | 82491 | Chromotography, quant, sing |
| 80184 | Assay of phenobarbital | 82507 | Assay of citrate |
| 80185 | Assay of phenytoin, total | 82520 | Assay of cocaine |
| 80186 | Assay of phenytoin, free | 82523 | Collagen crosslinks |
| 80195 | Assay of sirolimus | 82530 | Cortisol, free |
| 80197 | Assay of tacrolimus | 82533 | Total cortisol |
| 80198 | Assay of theophylline | 82542 | Column chromotography, quant |
| 80202 | Assay of vancomycin | 82550 | Assay of ck (cpk) |
| 80299 | Quantitative assay, drug | 82552 | Assay of cpk in blood |
| 81000 | Urinalysis, nonauto w/scope | 82553 | Creatine, MB fraction |
| 81001 | Urinalysis, auto w/scope | 82565 | Assay of creatinine |
| 81003 | Urinalysis, auto, w/o scope | 82570 | Assay of urine creatinine |
| 82024 | Assay of acth | 82575 | Creatinine clearance test |
| 82040 | Assay of serum albumin | 82607 | Vitamin B-12 |
| 82043 | Microalbumin, quantitative | 82627 | Dehydroepiandrosterone |
| 82055 | Assay of ethanol | 82652 | Assay of dihydroxyvitamin d |
| 82085 | Assay of aldolase | 82664 | Electrophoretic test |
| 82088 | Assay of aldosterone | 82668 | Assay of erythropoietin |
| 82103 | Alpha-1-antitrypsin, total | 82670 | Assay of estradiol |
| 82105 | Alpha-fetoprotein, serum | 82728 | Assay of ferritin |
| 82108 | Assay of aluminum | 82746 | Blood folic acid serum |
| 82131 | Amino acids, single quant | 82747 | Assay of folic acid, rbc |
| 82140 | Assay of ammonia | 82784 | Assay of gammaglobulin igm |
| 82145 | Assay of amphetamines | 82785 | Assay of gammaglobulin ige |
| 82150 | Assay of amylase | 82787 | Igg 1, 2, 3 or 4, each |
| 82164 | Angiotensin I enzyme test | 82947 | Assay, glucose, blood quant |
| 82172 | Assay of apolipoprotein | 82950 | Glucose test |
| 82205 | Assay of barbiturates | 82951 | Glucose tolerance test (GTT) |
| 82232 | Assay of beta-2 protein | 82962 | Glucose blood test |
| 82247 | Bilirubin, total | 82977 | Assay of GGT |
| 82248 | Bilirubin, direct | 82985 | Glycated protein |
| 82306 | Assay of vitamin D | 83001 | Gonadotropin (FSH) |

Table 1 (cont'd)
List of Demonstration Test Codes

| HCPCS/ATP | HCPCS Test Description | HCPCS/ATP | HCPCS Test Description |
|---|---|---|---|
| 83002 | Gonadotropin (LH) | 84080 | Assay alkaline phosphatases |
| 83010 | Assay of haptoglobin, quant | 84100 | Assay of phosphorus |
| 83021 | Hemoglobin chromatography | 84132 | Assay of serum potassium |
| 83036 | Glycosylated hemoglobin test | 84134 | Assay of prealbumin |
| 83090 | Assay of homocystine | 84144 | Assay of progesterone |
| 83516 | Immunoassay, nonantibody | 84146 | Assay of prolactin |
| 83519 | Immunoassay, nonantibody | 84153 | Assay of psa, total |
| 83520 | Immunoassay, RIA | 84154 | Assay of psa, free |
| 83525 | Assay of insulin | 84155 | Assay of protein, serum |
| 83540 | Assay of iron | 84156 | Assay of protein, urine |
| 83550 | Iron binding test | 84165 | Protein e-phoresis, serum |
| 83615 | Lactate (LD) (LDH) enzyme | 84166 | Protein e-phoresis/urine/csf |
| 83690 | Assay of lipase | 84244 | Assay of renin |
| 83695 | Assay of lipoprotein(a) | 84270 | Assay of sex hormone globul |
| 83701 | Lipoprotein bld, hr fraction | 84295 | Assay of serum sodium |
| 83704 | Lipoprotein, bld, by nmr | 84300 | Assay of urine sodium |
| 83718 | Assay of lipoprotein | 84305 | Assay of somatomedin |
| 83721 | Assay of blood lipoprotein | 84311 | Spectrophotometry |
| 83735 | Assay of magnesium | 84402 | Assay of testosterone |
| 83835 | Assay of metanephrines | 84403 | Assay of total testosterone |
| 83840 | Assay of methadone | 84425 | Assay of vitamin b-1 |
| 83874 | Assay of myoglobin | 84432 | Assay of thyroglobulin |
| 83880 | Natriuretic peptide | 84436 | Assay of total thyroxine |
| 83883 | Assay, nephelometry not spec | 84439 | Assay of free thyroxine |
| 83891 | Molecule isolate nucleic | 84443 | Assay thyroid stim hormone |
| 83892 | Molecular diagnostics | 84450 | Transferase (AST) (SGOT) |
| 83894 | Molecule gel electrophor | 84460 | Alanine amino (ALT) (SGPT) |
| 83896 | Molecular diagnostics | 84466 | Assay of transferrin |
| 83898 | Molecule nucleic ampli, each | 84478 | Assay of triglycerides |
| 83901 | Molecule nucleic ampli addon | 84479 | Assay of thyroid (t3 or t4) |
| 83902 | Molecular diagnostics | 84480 | Assay, triiodothyronine (t3) |
| 83903 | Molecule mutation scan | 84481 | Free assay (FT-3) |
| 83904 | Molecule mutation identify | 84484 | Assay of troponin, quant |
| 83912 | Genetic examination | 84520 | Assay of urea nitrogen |
| 83914 | Mutation ident ola/sbce/aspe | 84540 | Assay of urine/urea-n |
| 83921 | Organic acid, single, quant | 84550 | Assay of blood/uric acid |
| 83925 | Assay of opiates | 84591 | Assay of nos vitamin |
| 83945 | Assay of oxalate | 84630 | Assay of zinc |
| 83970 | Assay of parathormone | 84681 | Assay of c-peptide |
| 83986 | Assay of body fluid acidity | 85004 | Automated diff wbc count |
| 83992 | Assay for phencyclidine | 85007 | Bl smear w/diff wbc count |
| 84075 | Assay alkaline phosphatase | 85014 | Hematocrit |

Table 1 (cont'd)
List of Demonstration Test Codes

| HCPCS/ATP | HCPCS Test Description | HCPCS/ATP | HCPCS Test Description |
|---|---|---|---|
| 85018 | Hemoglobin | 86361 | T cell, absolute count |
| 85025 | Complete cbc w/auto diff wbc | 86376 | Microsomal antibody |
| 85027 | Complete cbc, automated | 86403 | Particle agglutination test |
| 85041 | Automated rbc count | 86430 | Rheumatoid factor test |
| 85044 | Manual reticulocyte count | 86431 | Rheumatoid factor, quant |
| 85045 | Automated reticulocyte count | 86592 | Blood serology, qualitative |
| 85046 | Reticyte/hgb concentrate | 86609 | Bacterium antibody |
| 85048 | Automated leukocyte count | 86617 | Lyme disease antibody |
| 85049 | Automated platelet count | 86618 | Lyme disease antibody |
| 85379 | Fibrin degradation, quant | 86635 | Coccidioides antibody |
| 85384 | Fibrinogen | 86665 | Epstein-barr antibody |
| 85610 | Prothrombin time | 86677 | Helicobacter pylori |
| 85613 | Russell viper venom, diluted | 86701 | HIV-1 |
| 85651 | Rbc sed rate, nonautomated | 86703 | HIV-1/HIV-2, single assay |
| 85652 | Rbc sed rate, automated | 86704 | Hep b core antibody, total |
| 85730 | Thromboplastin time, partial | 86705 | Hep b core antibody, igm |
| 86001 | Allergen specific igg | 86706 | Hep b surface antibody |
| 86003 | Allergen specific IgE | 86708 | Hep a antibody, total |
| 86021 | WBC antibody identification | 86709 | Hep a antibody, igm |
| 86038 | Antinuclear antibodies | 86781 | Treponema pallidum, confirm |
| 86039 | Antinuclear antibodies (ANA) | 86800 | Thyroglobulin antibody |
| 86060 | Antistreptolysin o, titer | 86803 | Hepatitis c ab test |
| 86063 | Antistreptolysin o, screen | 86880 | Coombs test, direct |
| 86140 | C-reactive protein | 86900 | Blood typing, ABO |
| 86141 | C-reactive protein, hs | 86901 | Blood typing, Rh (D) |
| 86146 | Glycoprotein antibody | 87015 | Specimen concentration |
| 86147 | Cardiolipin antibody | 87040 | Blood culture for bacteria |
| 86160 | Complement, antigen | 87045 | Feces culture, bacteria |
| 86162 | Complement, total (CH50) | 87046 | Stool cultr, bacteria, each |
| 86200 | Ccp antibody | 87070 | Culture, bacteria, other |
| 86225 | DNA antibody | 87071 | Culture bacteri aerobic othr |
| 86235 | Nuclear antigen antibody | 87075 | Cultr bacteria, except blood |
| 86255 | Fluorescent antibody, screen | 87076 | Culture anaerobe ident, each |
| 86256 | Fluorescent antibody, titer | 87077 | Culture aerobic identify |
| 86300 | Immunoassay, tumor, ca 15-3 | 87081 | Culture screen only |
| 86301 | Immunoassay, tumor, ca 19-9 | 87086 | Urine culture/colony count |
| 86304 | Immunoassay, tumor, ca 125 | 87088 | Urine bacteria culture |
| 86317 | Immunoassay,infectious agent | 87101 | Skin fungi culture |
| 86334 | Immunofix e-phoresis, serum | 87102 | Fungus isolation culture |
| 86335 | Immunfix e-phorsis/urine/csf | 87106 | Fungi identification, yeast |
| 86359 | T cells, total count | 87116 | Mycobacteria culture |
| 86360 | T cell, absolute count/ratio | 87147 | Culture type, immunologic |

**Table 1 (cont'd)**
**List of Demonstration Test Codes**

| HCPCS/ATP | HCPCS Test Description | HCPCS/ATP | HCPCS Test Description |
|---|---|---|---|
| 87177 | Ova and parasites smears | 88275 | Cytogenetics, 100-300 |
| 87181 | Microbe susceptible, diffuse | 88280 | Chromosome karyotype study |
| 87184 | Microbe susceptible, disk | 89051 | Body fluid cell count |
| 87186 | Microbe susceptible, mic | 89055 | Leukocyte assessment, fecal |
| 87205 | Smear, gram stain | 89060 | Exam, synovial fluid crystals |
| 87206 | Smear, fluorescent/acid stai | ATP02 | Auto.Test Pane Pricing Code, 1-2 Tests |
| 87209 | Smear, complex stain | ATP03 | Auto.Test Pane Pricing Code, 3 Tests |
| 87230 | Assay, toxin or antitoxin | ATP04 | Auto.Test Pane Pricing Code, 4 Tests |
| 87324 | Clostridium ag, eia | ATP05 | Auto.Test Pane Pricing Code, 5 Tests |
| 87328 | Cryptosporidium ag, eia | ATP06 | Auto.Test Pane Pricing Code, 6 Tests |
| 87329 | Giardia ag, eia | ATP07 | Auto.Test Pane Pricing Code, 7 Tests |
| 87340 | Hepatitis b surface ag, eia | ATP08 | Auto.Test Pane Pricing Code, 8 Tests |
| 87427 | Shiga-like toxin ag, eia | ATP09 | Auto.Test Pane Pricing Code, 9 Tests |
| 87490 | Chylmd trach, dna, dir probe | ATP10 | Auto.Test Pane Pricing Code, 10 Tests |
| 87491 | Chylmd trach, dna, amp probe | ATP11 | Auto.Test Pane Pricing Code, 11 Tests |
| 87522 | Hepatitis c, rna, quant | ATP12 | Auto.Test Pane Pricing Code, 12 Tests |
| 87536 | Hiv-1, dna, quant | ATP16 | Auto Test Panel Pricing Code 13-16 Test |
| 87590 | N.gonorrhoeae, dna, dir prob | ATP18 | Auto Test Panel Pricing Code, 17-18 Test |
| 87591 | N.gonorrhoeae, dna, amp prob | ATP19 | Auto Test Panel Pricing Code, 19 Tests |
| 87621 | Hpv, dna, amp probe | ATP20 | Auto Test Panel Pricing Code, 20 Tests |
| 87798 | Detect agent nos, dna, amp | ATP21 | Auto Test Panel Pricing Code, 21 Tests |
| 87904 | Phenotype, dna hiv w/clt add | ATP22 | Auto.Test Panel Pricing Code, 22+ Tests |
| 88237 | Tissue culture, bone marrow | G0103 | Psa, total screening |
| 88262 | Chromosome analysis, 15-20 | G0306 | CBC/diffwbc w/o platelet |
| 88264 | Chromosome analysis, 20-25 | G0307 | CBC without platelet |
| 88271 | Cytogenetics, dna probe | | |