1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                  SOUTHERN DISTRICT OF CALIFORNIA
9

10  SHARP HEALTHCARE; et al.,          | CASE NO: 08-CV-0170 W (POR)
11                         Plaintiffs, | **ORDER GRANTING JOINT
12                                     | MOTION TO CONTINUE THE
                                       | DEADLINE FOR FILING A
13          v.                         | RESPONSIVE PLEADING [DOC.
                                       | NO. 17]**
14  MICHAEL LEAVITT, Secretary of      |
    the Department of Health and       |
15  Human Services,                    |
16                                     |
                            Defendant. |
17
         On March 14, 2008, the parties filed a joint motion for an order continuing the

18  deadline for Defendant to respond to the complaint.  Having reviewed the moving papers,

19  and good cause appearing, the Court **GRANTS** the motion [Doc. No. 17].  Defendant has

20  until **May 9, 2008** to respond to the complaint.[1]

21       **IT IS SO ORDERED.**

22
23  DATED:  March 25, 2008
24
25                                    _____
                                      Hon. Thomas J. Whelan
26                                    United States District Judge
27  _____

28       [1]If the jurisdictional issues have not been resolved by April 9, 2008, Defendant may file another
    motion to continue the deadline for filing a responsive pleading.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

08cv0170w