1  GREGORY G. KATSAS
   Acting Assistant Attorney General
2  KAREN P. HEWITT
   United States Attorney
3  SHEILA LIEBER
   Deputy Director
4  KATHRYN L. WYER
   U.S. Department of Justice, Civil Division
5  20 Massachusetts Avenue, N.W.
   Washington, DC  20530
6  Tel.  (202) 616-8475 / Fax (202) 616-8470
   kathryn.wyer@usdoj.gov
7  *Attorneys for Defendant*

8              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9

10 _____ )  Case No. 08 CV 0170 W Por
                                  )
11 SHARP HEALTHCARE; INTERNIST    )
   LABORATORY; AND SCRIPPS        )  **JOINT MOTION FOR EXTENSION OF TIME**
12 HEALTH,                        )  **IN WHICH TO FILE AN ANSWER OR**
                                  )  **OTHERWISE RESPOND TO PLAINTIFFS'**
         Plaintiffs,              )  **COMPLAINT**
13                                )
          v.                      )
14                                )
   MICHAEL LEAVITT, SECRETARY     )  HONORABLE THOMAS J. WHELAN
15 OF THE DEPARTMENT OF           )
   HEALTH AND HUMAN SERVICES,     )
16                                )
         Defendant.               )
17 _____ )

18        COME NOW THE PARTIES, Plaintiffs Sharp Healthcare, Internist Laboratory, and

19 Scripps Health, by and through their counsel, Patric Hooper, and Defendant Michael Leavitt, by

20 and through his counsel, Gregory G. Katsas, Acting Assistant Attorney General, Karen P. Hewitt,

21 United States Attorney, Sheila Lieber, Deputy Director, and Kathryn L. Wyer, Trial Attorney,

22 and hereby jointly move the Court to extend the time in which Defendant may file an Answer or

23 otherwise respond to plaintiffs' Complaint, in view of the following.

24        Defendant's Answer or other response to plaintiffs' Complaint is currently due on May 9,

25 2008.  On April 8, 2008, the Court granted plaintiffs' Motion for a Preliminary Injunction,

26 halting defendant's implementation of a Medicare competitive bidding demonstration project for

27

28 Joint Motion for Extension of Time for Defendant to Answer or Otherwise Respond to
   Plaintiffs' Complaint                                              08CV0171 W POR

1  diagnostic laboratory services in the San Diego area and thus maintaining the previous fee-for-

2  service reimbursement scheme.  Defendant, through the Centers for Medicare and Medicaid

3  Services ("CMS"), is considering what course of action to take in light of the Court's ruling but

4  has not yet reached a decision on how to proceed.  It is possible that CMS will ultimately decide

5  on a course of action that would render further litigation unnecessary.  Meanwhile, plaintiffs will

6  not be prejudiced by this proposed extension in light of the preliminary injunction currently in

7  effect.  The parties agree that no undue delay or prejudice will result from postponing the Answer

8  or other response to the Complaint for an additional thirty days.  For these reasons, the parties

9  ask that the deadline for filing an Answer or other response be extended until June 9, 2008.

10          For the foregoing reasons the parties hereby jointly move the Court to extend the time in

11  which Defendant may Answer or otherwise respond to Plaintiffs' Complaint until June 9, 2008.

12

13  DATED:        May 5, 2008                              /s Kathryn L. Wyer
                                                          KATHRYN L. WYER
14                                                        Attorney for Defendant

15                 May 5, 2008                             /s Patric Hooper
                                                          PATRIC HOOPER
16                                                        Attorney for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiffs and that I have obtained authorization from Patric Hooper to affix his electronic signature to this document.

DATED: May 5, 2008                                    /s Kathryn L. Wyer
                                                      KATHRYN L. WYER
                                                      Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

_____ )  Case No. 08 CV 0170 W (POR)
SHARP HEALTHCARE; INTERNIST )
LABORATORY; AND SCRIPPS )
HEALTH, )
                                   )
        Plaintiffs,                )  **CERTIFICATE OF SERVICE**
                                   )
        v.                         )
                                   )
MICHAEL LEAVITT, SECRETARY )
OF THE DEPARTMENT OF               )
HEALTH AND HUMAN SERVICES, )
                                   )
        Defendant.                 )
_____ )

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

        IT IS HEREBY CERTIFIED that:

        I, Kathryn L. Wyer, am a citizen of the United States over the age of eighteen years

and a resident of the District of Columbia; my business address is 20 Massachusetts Ave.,

Washington, DC  20530; I am not a party to the above-entitled action.

        I have caused service of the following document(s) on the parties indicated below by

electronically filing said document(s) with the Clerk of the District Court using its ECF System,

which electronically notifies them:

DOCUMENT(S) SERVED:

        **JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN**

**ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

PARTIES ON WHOM SERVED:

        Plaintiffs, by and through their counsel of record, Patric Hooper,
        phooper@health-law.com

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on May 5, 2008.

                                        s/ Kathryn L. Wyer
                                        KATHRYN L. WYER