1  GREGORY G. KATSAS
   Acting Assistant Attorney General
2  KAREN P. HEWITT
   United States Attorney
3  SHEILA LIEBER
   Deputy Director
4  KATHRYN L. WYER
   U.S. Department of Justice, Civil Division
5  20 Massachusetts Avenue, N.W.
   Washington, DC  20530
6  Tel.  (202) 616-8475 / Fax (202) 616-8470
   kathryn.wyer@usdoj.gov
7  *Attorneys for Defendant*

8                    UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9

10  _____  )
    SHARP HEALTHCARE; INTERNIST   )  Case No. 08 CV 0170 W Por
11  LABORATORY; AND SCRIPPS       )
    HEALTH,                       )  **JOINT MOTION FOR EXTENSION OF TIME**
12                                )  **IN WHICH TO FILE AN ANSWER OR**
         Plaintiffs,              )  **OTHERWISE RESPOND TO PLAINTIFFS'**
13                                )  **COMPLAINT**
              v.                  )
14                                )
    MICHAEL LEAVITT, SECRETARY    )  HONORABLE THOMAS J. WHELAN
15  OF THE DEPARTMENT OF          )
    HEALTH AND HUMAN SERVICES,    )
16                                )
         Defendant.               )
17  _____  )

18       COME NOW THE PARTIES, Plaintiffs Sharp Healthcare, Internist Laboratory, and

19  Scripps Health, by and through their counsel, Patric Hooper, and Defendant Michael Leavitt, by

20  and through his counsel, Gregory G. Katsas, Acting Assistant Attorney General, Karen P. Hewitt,

21  United States Attorney, Sheila Lieber, Deputy Director, and Kathryn L. Wyer, Trial Attorney,

22  and hereby jointly move the Court to extend the time in which Defendant may file an Answer or

23  otherwise respond to plaintiffs' Complaint, in view of the following.

24       Defendant's Answer or other response to plaintiffs' Complaint is currently due on June 9,

25  2008.  On April 8, 2008, the Court granted plaintiffs' Motion for a Preliminary Injunction,

26  halting defendant's implementation of a Medicare competitive bidding demonstration project for

27
    Joint Motion for Extension of Time for Defendant to Answer or Otherwise Respond to
28  Plaintiffs' Complaint                                                                    08CV0171 W POR

diagnostic laboratory services in the San Diego area and thus maintaining the previous fee-for-service reimbursement scheme. In compliance with the injunction, defendant has ceased all activities related to implementing the project. In addition, defendant, through the Centers for Medicare and Medicaid Services ("CMS"), is still in the process of considering what course of action to take in light of the Court's ruling. It remains possible that CMS will ultimately decide on a course of action that would render further litigation unnecessary. This is the second extension defendant has sought for this purpose. However, the process of agency decisionmaking related to this complex project takes time, and it would waste the resources of this Court and the parties to proceed with litigation before the agency comes to a decision. Meanwhile, plaintiffs will not be prejudiced by this proposed extension in light of the preliminary injunction currently in effect. The parties agree that no undue delay or prejudice will result from postponing the Answer or other response to the Complaint for an additional sixty days. For these reasons, the parties ask that the deadline for filing an Answer or other response be extended until August 8, 2008.

For the foregoing reasons the parties hereby jointly move the Court to extend the time in which Defendant may Answer or otherwise respond to Plaintiffs' Complaint until August 8, 2008.

DATED:   June 2, 2008            /s Kathryn L. Wyer
                                 KATHRYN L. WYER
                                 Attorney for Defendant

         June 2, 2008            /s Patric Hooper
                                 PATRIC HOOPER
                                 Attorney for Plaintiffs

1  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
2  of the United States District Court for the Southern District of California, I certify that the
3  content of this document is acceptable to counsel for the Plaintiffs and that I have obtained
4  authorization from Patric Hooper to affix his electronic signature to this document.

6  DATED: June 2, 2008                              /s Kathryn L. Wyer
                                                    KATHRYN L. WYER
7                                                   Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP HEALTHCARE; INTERNIST LABORATORY; AND SCRIPPS HEALTH, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | Case No. 08 CV 0170 W (POR) <br><br> **CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

IT IS HEREBY CERTIFIED that:

I, Kathryn L. Wyer, am a citizen of the United States over the age of eighteen years and a resident of the District of Columbia; my business address is 20 Massachusetts Ave., Washington, DC 20530; I am not a party to the above-entitled action.

I have caused service of the following document(s) on the parties indicated below by electronically filing said document(s) with the Clerk of the District Court using its ECF System, which electronically notifies them:

DOCUMENT(S) SERVED:

**JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

PARTIES ON WHOM SERVED:

Plaintiffs, by and through their counsel of record, Patric Hooper,
phooper@health-law.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2008.

                                                                               s/ Kathryn L. Wyer
                                                                               KATHRYN L. WYER