# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP HEALTHCARE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | CASE NO: 08-CV-0170 W (POR)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE FOR FILING RESPONSIVE PLEADING [DOC. NO. 28]** |

Pending before the Court is the parties' joint motion for an extension of time to respond to the complaint. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion. Defendant's responsive pleading is due on or before August 8, 2008.

**IT IS SO ORDERED.**

DATED: June 3, 2008

_____
Hon. Thomas J. Whelan
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -                                                                08cv0170w