JEFFREY S. BUCHOLTZ
Assistant Attorney General
KAREN P. HEWITT
United States Attorney
SHEILA LIEBER
Deputy Director
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP HEALTHCARE; INTERNIST LABORATORY; AND SCRIPPS HEALTH,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 08 CV 0170 W Por<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS ON GROUNDS OF MOOTNESS, DISSOLVE THE PRELIMINARY INJUNCTION, AND VACATE THE COURT'S INTERLOCUTORY OPINIONS**<br><br>Date: September 22, 2008<br>Courtroom: 7<br><br>NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(d)<br><br>HONORABLE THOMAS J. WHELAN |

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 22, 2008 at 10:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom of the Honorable Thomas J. Whelan, in the above-entitled Court, Defendant Michael Leavitt, Secretary of the Department of Health and Human Services, will and hereby does move this Court for an Order granting:

1. Dismissal of this action on grounds of mootness;

2. Dissolution of the preliminary injunction entered by this Court in this action on April 8, 2008; and

3. Vacatur of this Court's interlocutory orders and opinions issued in this action on April 4, 2008, and April 8, 2008.

This motion is based on Federal Rules of Civil Procedure 12(b)(1), 54(b), 60(b), Article III of the United States Constitution, the Court's inherent authority to amend its own prior rulings, this Notice and the accompanying Memorandum of Points and Authorities, and all filings and proceedings in this action to date.

The grounds for this motion are that Congress, on July 15, 2008, repealed the statutory provision that had directed defendant to conduct the clinical diagnostic laboratory services competitive bidding demonstration project that was the subject of plaintiffs' challenge. Plaintiffs' request for prospective injunctive relief is therefore moot, and plaintiffs cannot succeed on the merits, removing the basis for the preliminary injunction currently in effect. Because defendant had no opportunity to further litigate the action or, if the ultimate judgment of the Court were adverse, to seek reversal on appeal, vacatur of the Court's adverse interlocutory orders is appropriate.

DATED: August 8, 2008                    Respectfully Submitted,

JEFFREY S. BUCHOLTZ
Assistant Attorney General
KAREN P. HEWITT
United States Attorney
SHEILA LIEBER
Deputy Director

/s/   Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SHARP HEALTHCARE; INTERNIST LABORATORY; AND SCRIPPS HEALTH,

    Plaintiffs,

v.

MICHAEL LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Defendant.

Case No. 08 CV 0170 W (POR)

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

IT IS HEREBY CERTIFIED that:

I, Kathryn L. Wyer, am a citizen of the United States over the age of eighteen years and a resident of the District of Columbia; my business address is 20 Massachusetts Ave., Washington, DC 20530; I am not a party to the above-entitled action.

I have caused service of the following document(s) on the parties indicated below by electronically filing said document(s) with the Clerk of the District Court using its ECF System, which electronically notifies them:

DOCUMENT(S) SERVED:

    - Notice of Motion and Motion to Dismiss on Grounds of Mootness, Dissolve the Preliminary Injunction, and Vacate the Court's Interlocutory Opinions

PARTIES ON WHOM SERVED:

    Plaintiffs, by and through their counsel of record, Patric Hooper,

    phooper@health-law.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2008.

                                                            s/ Kathryn L. Wyer
                                                            KATHRYN L. WYER