# EXHIBIT A

# Final Bidder's Package (Nov. 19, 2007) (excerpt)

# MEDICARE CLINICAL LABORATORY SERVICES COMPETITIVE BIDDING DEMONSTRATION PROJECT

# BIDDER'S PACKAGE

Demonstration Area:

**San Diego-Carlsbad-San Marcos Metropolitan Area**

November 19, 2007



# SECTION 7
# HOW THE BIDS WILL BE EVALUATED

The bid evaluation process is described in this section. Once bids have been submitted, they are considered final. If necessary, CMS may seek clarification from a bidder; however it is not CMS' intention to request additional information, share information from other bidders or permit conditional bids. All information submitted will be considered confidential.

A panel of staff from CMS, RTI and Palmetto GBA make up a Bid Evaluation Panel (BEP) responsible for reviewing each of the bids. For example, BEP members have expertise in clinical laboratory issues, CLIA, Medicare, competitive bidding and acquisition, economic/financial evaluation, and the CMS claims payment systems. In addition to being legally held to CMS privacy, confidentiality, and ethics rules, BEP members will sign an additional agreement that specifically addresses the confidentiality of all information provided on all applications submitted, and to protect the applications overall.

Information from individual bids will not be released at any time. The bids are exempt from the Freedom of Information Act (FOIA). The bid information will be used for both demonstration operations and the demonstration evaluation.

The CMS reserves the right to negotiate with bidders regarding issues such as service area and price. Once bids are received, laboratories will not be allowed to revise their bids unless such revisions are requested by CMS during negotiations. Winning and passive laboratories must agree to the terms and conditions for participation in the demonstration project.

The steps described in this section are the anticipated bid evaluation process. However, since this is a demonstration project that is breaking new ground, it is possible that modifications in the bid evaluation process will be necessary based on factors that cannot be predicted. The CMS and the BEP reserve the right to act in the best interests of Medicare beneficiaries and the Medicare program.

## *Stage One: Pre-screening and Eligibility Review*

Only bids received on or before February 15, 2008 will be eligible for evaluation. RTI will mail confirmation of receipt to bidders once their bids have been received; however bidders should have proof of the date the application was sent to the BEP. During this stage of the evaluation, bids will be screened for eligibility and completeness.

*Pre-screening*

Each application (OMB Form No. 09381008) will be pre-screened for legibility and completeness. Clarifications will be requested by CMS, wherever necessary. An example