PATRIC HOOPER (State Bar No. 57343)
JORDAN B. KEVILLE (State Bar No. 217868)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: jkeville@health-law.com

Attorneys for Plaintiffs SHARP HEALTHCARE, *et al.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP HEALTHCARE; INTERNIST LABORATORY; SCRIPPS HEALTH; AMERICAN ASSOCIATION OF BIOANALYSTS AND AMERICAN CLINICAL LABORATORY ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>KATHLEEN SEBELIUS, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | CASE NO. 08-CV-0170 W POR<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**Pursuant to Fed. R. Civ. P. 41(a)**<br><br>HON. THOMAS J. WHELAN |

Pursuant to Fed. R. Civ. P. 41(a) and pursuant to the terms of the Settlement Agreement between Plaintiffs Sharp Healthcare, Internist Laboratory, Scripps Health, American Association of Bioanalysts and American Clinical Laboratory Association, and Defendant Kathleen Sebelius, in her official capacity as Secretary of the United States Department of Health and Human Services, Plaintiffs, by and through their counsel, Jordan B. Keville, Hooper, Lundy & Bookman, P.C., and Defendant, by and through her counsel, Tony West, Assistant Attorney General,

1  Karen P. Hewitt, United States Attorney, Sheila M. Lieber, Deputy Director, and
2  Kathryn L. Wyer, Trial Attorney, hereby stipulate to the dismissal with prejudice of
3  the above-captioned case.  Each party is to bear its own attorney's fees and costs.
4
5  DATED: July 28, 2010     HOOPER, LUNDY & BOOKMAN, P.C.
6
7                           By:    s/
                                    JORDAN B. KEVILLE
8                           Attorneys for Plaintiffs SHARP HEALTHCARE,
                            INTERNIST LABORATORY and SCRIPPS HEALTH
9
10 DATED: July 28, 2010     TONY WEST, ASSISTANT ATTORNEY GENERAL,
                            KAREN P. HEWITT, UNITED STATES ATTORNEY,
11                          SHEILA M. LIEBER, DEPUTY DIRECTOR,
12
13                          By:    s/
                                    KATHRYN L. WYER
14                          U.S. DEPARTMENT OF JUSTICE
15                          Attorneys for Defendant KATHLEEN SIBELIUS,
                            SECRETARY OF THE DEPARTMENT OF HEALTH
16                          AND HUMAN SERVICES
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE RE AUTHORIZATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiffs and that I have obtained authorization from Kathryn L. Wyer to affix her electronic signature to the foregoing document.

DATED: July 28, 2010            s/
                                    JORDAN B. KEVILLE

# CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that:

I, Jordan B. Keville, am a citizen of the United States over the age of eighteen years and a resident of the State of California.  My business address is 1875 Century Park East, Suite 1600, Los Angeles, CA  90067.  I am not a party to the above-entitled action.

I have caused service of the following document(s) on the parties indicated below by electronically filing said document(s) with the Clerk of the District Court using its ECF System, which electronically notifies them:

DOCUMENT(S) SERVED:

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

PARTIES ON WHOM SERVED:

    Plaintiffs, by and through their counsel of record, Kathryn L. Wyer, kathryn.wyer@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 28, 2010.

_____                    _____s/_____
                                            JORDAN B. KEVILLE