# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP HEALTHCARE, et al., <br><br>            Plaintiffs, <br><br>    v. <br><br> KATHLEEN SEBELIUS, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br>            Defendant. | CASE NO: 08-CV-170 W (POR) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** <br> **(DOC. NO. 54.)** |

Pending before the Court is the parties' joint motion to dismiss this lawsuit with prejudice. Having read the moving papers, and good cause appearing, the Court **GRANTS** the joint motion. (Doc. No. 54.) In accordance with the parties' stipulation, each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: August 3, 2010

_____
Hon. Thomas J. Whelan
United States District Judge